**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 10 B 27236 |
| Time Properties, Inc. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| Debtor. | ) | |

**FINAL REPORT OF MARK B. WEISS**
**FOR 1646 – 1656 N. BOSWORTH, CHICAGO**

Dated:  August 25, 2010                    Respectfully submitted by:

                                          _____/s/ Joseph A. Baldi_____
                                          Joseph A. Baldi, One of his Attorneys

Joseph A. Baldi
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150



In Re: Time Properties

Debtor,

Chapter 11

Case No. 10B27236

Hon. A. Benjamin Goldgar

Defendants.

1646 N. Bosworth Avenue, Chicago, Illinois

1652 N. Bosworth Avenue Chicago, Illinois

1656 N. Bosworth Avenue Chicago, Illinois

Submitted By:

Strategic Liquidation Group, Inc. as Receiver

By Mark B. Weiss, President

August 19, 2010

1

Judge Mulroy appointed Strategic Liquidation Group, Inc. the receiver for the properties at 1646 N. Bosworth, 1652 N. Bosworth, and 1656 N. Bosworth, Chicago, Illinois, on March 30, 2009. The Judge requested that bonds be obtained for each property in the amount of $20,000. The receiver obtained the bonds immediately and submitted them for the Court's approval.

**1646 N. Bosworth, Chicago, Il**

The property is a four story brick and masonry constructed, mixed use property, consisting of commercial-retail space on the first level and six two-bedroom, two-bath apartments on levels 2, 3 and 4. The property is located in the Bucktown neighborhood just southeast of the corner of North Avenue and Ashland, overlooking the Kennedy Expressway.

Although currently the property is in use as a rental, it was built with the intent to sell the units as condominiums. As a result, the finishes are of a higher quality than conventional rental properties. Each unit includes granite kitchen counters, stainless steel appliances, marble bathrooms, hardwood floors, individual fireplaces, individual in-unit laundry facilities, separate heat and air conditioning, a front deck/rear deck as well as a common shared rooftop deck. The building was built approximately three to four years ago.

The building has an elevator that gives tenants direct access to the respective apartments. Each unit has parking located either in the building itself or in detached garages that are located west of the parking area of the building.

The receiver has updated five vacant residential units by painting unit walls and refinishing the wood floors. As of July 31, 2010 the receiver has rented all six residential units and the seventh commercial unit as well.

2

**1652 N. Bosworth, Chicago, Illinois**

The property is a four story brick and masonry constructed, mixed use property, consisting of commercial-retail space on the first level and six two-bedroom, two-bath apartments on levels 2, 3 and 4. The property is located in the Bucktown neighborhood just southeast of the corner of North Avenue and Ashland, overlooking the Kennedy Expressway.

Although currently the property is in use as a rental, it was built with the intent to sell the units as condominiums. As a result, the finishes are of a higher quality than conventional rental properties. Each unit includes granite kitchen counters, stainless steel appliances, marble bathrooms, hardwood floors, individual fireplaces, individual in-unit laundry facilities, separate heat and air conditioning, a front deck/rear deck as well as a common shared rooftop deck. The building was built approximately three to four years ago.

The building has an elevator that gives tenants direct access to their respective apartments. Each unit has parking located either in the building itself or in detached garages that are located west of the parking area of the building.

There are currently no vacant residential units. All six residential units and the commercial unit are rented.

**1656 N. Bosworth, Chicago, Illinois**

The property is a four story brick and masonry constructed, mixed use property, consisting of commercial-retail space on the first level and six two-bedroom, two-bath apartments on levels 2, 3 and 4. The property is located in the Bucktown neighborhood just southeast of the corner of North Avenue and Ashland, overlooking the Kennedy Expressway.

3

Although currently the property is in use as a rental, it was built with the intent to sell the units as condominiums. As a result, the finishes are of a higher quality than conventional rental properties. Each unit includes granite kitchen counters, stainless steel appliances, marble bathrooms, hardwood floors, individual fireplaces, individual in-unit laundry facilities, separate heat and air conditioning, a front deck/rear deck as well as a common shared rooftop deck. The building was built approximately three to four years ago.

The building has an elevator that gives direct access to the respective apartment units. Each unit has parking located either in the building itself or in detached garages that are located west of the parking area of the building.

As of July 31, 2010, the receiver has rented all of the units.

**Security Deposits**

Security deposits were received by the receiver approximately after its appointment and were immediately deposited into segregated accounts for each property in order to comply with the tenant's rights ordinance of the City of Chicago. Security deposits were maintained in accounts at MB Financial Bank. The security deposits have all been returned to tenants.

**Elevators**

Tenants have contacted the receiver multiple times with elevator- related problems. During the first week after the receiver's appointment, a tenant of the 1656 N. Bosworth building was trapped in the elevator for an hour and a half before a neighbor heard the emergency bell from the elevator ringing and called the fire department to release the tenant.

4

The receiver became aware that emergency telephone lines to elevators were not activated. The receiver's office contacted the elevator maintenance company and the telephone company in order to install telephone lines that contact emergency city services if the elevators get stuck. The receiver and its staff have been working with the defendant's previous elevator repair service, Bernard Elevator Company, to make sure all building elevators are functioning properly. However, the elevators have continued to malfunction on a regular basis, and the receiver continues to advise tenants to use the stairs to their units for ingress and egress.

**Intercom System**

Since the filing of the last report, the receiver has received several complaints from current and potential tenants regarding the intercom system that was installed at all three properties. The intercoms were initially set up to ring directly to tenants cell phones or home lines and had not been properly functioning for some time. The receiver hired Bradley Communication to repair the phone lines connected to the intercom system and to also program the tenant's preferred contact numbers in the intercom directory.

**Maintenance**

Although significant deferred maintenance is not obvious, sewer lines were cleaned, attempts have been made to correct elevator problems, exterior railings were painted, and other routine items undertaken and tenants' needs attended to as set forth in the Time Sheets attached hereto and to previous reports. Since the filing of the previous report the maintenance issues have been routine in nature and there have been no emergency issues reported at any of the properties.

5

## Rent Collections

As of 7/31/10 the following has been collected as rent from each property:

1646 N. Bosworth - $140,587.43

1652 N. Bosworth - $148,776.63

1656 N. Bosworth - $169,089.35

The receiver has established a separate bank account for each of the properties at Charter One Bank. Mortgagee funding has not been needed.

## Real Estate Taxes

The properties were not properly subdivided for real estate tax purposes.  The court previously authorized the receiver to engage counsel to correct this issue at a cost not to exceed $5000.  The receiver is working with the firm of Klafter & Burke to realign the PIN numbers. The receiver has paid the real estate taxes for the 2008 tax year due in 2009 with funds from the respective bank accounts maintained for each property.

## Fees

The receiver requests fees and reimbursable expenses in the aggregate amount of $31,875.96 for all three properties for the months of December 2009 through August 10, 2010 as detailed in the attached Time Sheets. due to the receiver's fees from the previous report not yet being approved.

The receiver prays for approval of this final report.

Respectfully submitted,

Strategic Liquidation Group, Inc. as Receiver

By Mark B. Weiss, President

<u>Attached Exhibits</u>:

- Photographs of the properties

- For 1646 N. Bosworth Avenue
    1. Rent Roll
    2. Cash Flow
    3. Bank Register

- For 1652 N. Bosworth Avenue
    1. Rent Roll
    2. Cash Flow
    3. Bank Register

- For 1656 N. Bosworth Avenue
    1. Rent Roll
    2. Cash Flow
    3. Bank Register

- Receiver's Time Sheets for 1646, 1652, and 1656 N. Bosworth Avenue







## Rent Roll
### r1646p - 1646 N. Bosworth Ave
#### As of Date: 07/31/2010
#### Select By: Move In Date

| Unit | Unit Type | Tenant Code | Tenant Name | Unit Sqft | Market Rent | Actual Rent | Deposit | Move In | Move Out |
|---|---|---|---|---|---|---|---|---|---|
| 1-COM | | bikeshop | Ready To Ride Bikes Jonatho | 0.0 | 1,000.00 | 1,000.00 | 0.00 | 07/01/10 | 06/30/11 |
| 2N | | qureshi | Nadia and Kaleem Qureshi | 0.0 | 1,750.00 | 1,750.00 | 0.00 | 04/01/10 | 03/31/11 |
| 2S | | mullharg | Kyle Hays Ryan Mullins / Ross | 0.0 | 2,000.00 | 2,000.0C | 0.00 | 01/01/10 | 08/31/11 |
| 3N | | kotnik | Blake Kotnik & Carrie Guler | 0.0 | 1,700.00 | 1,700.00 | 0.00 | 05/15/10 | 04/30/11 |
| 3S | | wmdgph | Drew Cairo-Gross Peter Hiss, | 0.0 | 2,050.00 | 2,050.00 | 0.00 | 04/03/10 | 03/31/11 |
| 4N | | deckerb | Brandon Decker & Jason Trut | 0.0 | 1,900.00 | 1,900.00 | 0.00 | 05/01/10 | 04/30/11 |
| 4S | | stetson | Dustin Herbert Brett Stetson, | 0.0 | 2,150.00 | 2,150.00 | 0.00 | 05/15/10 | 05/31/11 |
| 7 | | | Total | 0.0 | 12,550.00 | 12,550.00 | 0.00 | | |
| 7 100.00 | | | Total Occupied % Occupied | 0.0 | 12,550.00 100.00 | 12,550.00 100.00 | | | |
| 0 0.00 | | | Total Vacant % Vacant | 0.0 | 0.00 0.00 | | | | |

11

## Cash Flow (Cash)
## 1646 N. Bosworth Ave - (r1646p)
## March 2009 - July 2010

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **INCOME** | | | | |
| | | | | |
| **RENT INCOME** | | | | |
| 4500-0000 Rent | 137,537.43 | 97.83 | 137,537.43 | 97.83 |
| NET RENT INCOME | 137,537.43 | 97.83 | 137,537.43 | 97.83 |
| | | | | |
| OTHER INCOME | | | | |
| 5610-0001 Credit Check Fee | 150.00 | 0.11 | 150.00 | 0.11 |
| 5620-0000 Move In Charges | 2,800.00 | 1.99 | 2,800.00 | 1.99 |
| 5802-0000 Pet Fee | 100.00 | 0.07 | 100.00 | 0.07 |
| TOTAL OTHER INCOME | 3,050.00 | 2.17 | 3,050.00 | 2.17 |
| | | | | |
| TOTAL INCOME | 140,587.43 | 100.00 | 140,587.43 | 100.00 |
| | | | | |
| **EXPENSES** | | | | |
| | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Services & Repairs | | | | |
| 6201-0000 Janitorial | 17.62 | 0.01 | 17.62 | 0.01 |
| 6202-0000 Cleaning Units | 1,375.00 | 0.98 | 1,375.00 | 0.98 |
| 6203-0000 Security Service | 270.00 | 0.19 | 270.00 | 0.19 |
| 6204-0002 Snow Removal | 780.00 | 0.55 | 780.00 | 0.55 |
| 6205-0000 Painting & Decorating | 18,629.90 | 13.25 | 18,629.90 | 13.25 |
| 6206-0000 Elevator Inspection & Rep | 2,237.00 | 1.59 | 2,237.00 | 1.59 |
| 6207-0000 Plumbing Repair | 100.00 | 0.07 | 100.00 | 0.07 |
| 6209-0000 Appliance Repair | 89.50 | 0.06 | 89.50 | 0.06 |
| 6210-0000 Sewer Repair | 450.00 | 0.32 | 450.00 | 0.32 |
| 6212-0000 Garage Door Repair | 322.00 | 0.23 | 322.00 | 0.23 |
| 6223-0002 HVAC Repair | 215.00 | 0.15 | 215.00 | 0.15 |
| 6223-0004 Flooring Repair/Maintenan | 1,580.00 | 1.12 | 1,580.00 | 1.12 |
| 6223-0005 Building Repairs | 125.00 | 0.09 | 125.00 | 0.09 |
| Total Services & Repairs | 26,191.02 | 18.63 | 26,191.02 | 18.63 |
| | | | | |
| Materials & Supplies | | | | |
| 6231-0000 Locks/Keys | 758.63 | 0.54 | 758.63 | 0.54 |
| 6235-0000 Miscellaneous Supplies & | 102.11 | 0.07 | 102.11 | 0.07 |
| Total Materials & Supplies | 860.74 | 0.61 | 860.74 | 0.61 |
| TOTAL REPAIRS & MAINTENANC | 27,051.76 | 19.24 | 27,051.76 | 19.24 |
| | | | | |
| UTILITIES | | | | |
| 6410-0000 Electricity | 492.02 | 0.35 | 492.02 | 0.35 |
| 6420-0000 Gas | 1,889.22 | 1.34 | 1,889.22 | 1.34 |
| 6430-0000 Water & Sewer | 710.41 | 0.51 | 710.41 | 0.51 |
| 6440-0000 Phone Line For Intercom | 114.99 | 0.08 | 114.99 | 0.08 |
| 6450-0000 Scavenger | 2,196.87 | 1.56 | 2,196.87 | 1.56 |
| TOTAL UTILITIES | 5,403.51 | 3.84 | 5,403.51 | 3.84 |
| | | | | |
| GENERAL & ADMINISTRATIVE | | | | |
| 7303-0000 Exp-Receivers Fees | 15,114.86 | 10.75 | 15,114.86 | 10.75 |
| 7420-0000 Office Supplies | 765.00 | 0.54 | 765.00 | 0.54 |
| 7500-0002 Signage | 200.00 | 0.14 | 200.00 | 0.14 |
| 7610-0000 Legal & Accounting | 3,900.00 | 2.77 | 3,900.00 | 2.77 |
| 7620-0000 Taxes & Licenses | 5,062.72 | 3.60 | 5,062.72 | 3.60 |
| 7621-0000 Misc Adinistrative | 52.00 | 0.04 | 52.00 | 0.04 |
| 7700-0000 Miscellaneous Expense | 83.51 | 0.06 | 83.51 | 0.06 |

13

**Cash Flow (Cash)**
**1646 N. Bosworth Ave - (r1646p)**
**March 2009 - July 2010**

Page 2
8/19/2010
10:20 AM

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **COMMISSION EXPENSE** | | | | |
| 7701-0000 Leasing Commission - Res | 12,950.00 | 9.21 | 12,950.00 | 9.21 |
| TOTAL COMMISSION EXPENSE | 12,950.00 | 9.21 | 12,950.00 | 9.21 |
| TOTAL G & A EXPENSE | 38,128.09 | 27.12 | 38,128.09 | 27.12 |
| **TAXES & INSURANCE** | | | | |
| 8410-0000 Real Estate Taxes | 23,784.23 | 16.92 | 23,784.23 | 16.92 |
| 8420-0001 Insurance-Property | 3,545.67 | 2.52 | 3,545.67 | 2.52 |
| 8420-0002 Insurance-Bonds | 600.00 | 0.43 | 600.00 | 0.43 |
| TOTAL TAXES & INSURANCE | 27,929.90 | 19.87 | 27,929.90 | 19.87 |
| TOTAL EXPENSES | 98,513.26 | 70.07 | 98,513.26 | 70.07 |
| NET INCOME | 42,074.17 | 29.93 | 42,074.17 | 29.93 |
| **ADJUSTMENTS** | | | | |
| 1421-0000 Misc. Work (common) | -125.00 | | 0.00 | |
| TOTAL CONSTRUCTION COST | -125.00 | | 0.00 | |
| 2121-0001 Receivership - Account Fundin | 0.01 | | 0.00 | |
| 2210-0000 Prepaid Rent | 0.80 | | -0.05 | |
| COMMISSION EXPENSE | | | | |
| TOTAL ADJUSTMENTS | -124.19 | | -0.05 | |
| CASH FLOW | 41,949.98 | | 42,074.12 | |
| Beginning Cash | 0.00 | | | |
| Ending Balance | 41,675.98 | | | |

13

**Bank Register**

r1646b - 1646 N Bosworth Receivership

Date range: 06/01/2010 - 07/31/2010

| Check or Deposit | Date | Vendor or Memo | Payment | Deposit | Rcn | Balance |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 21,670.15 |
| Dep - 52 | 06/01/2010 | | | 3,600.00 | x | 25,270.15 |
| Dep - 53 | 06/01/2010 | | | 2,149.00 | x | 27,419.15 |
| Chk - 218 | 06/02/2010 | Ashland Lock & Security | 339.10 | | x | 27,080.05 |
| Chk - 219 | 06/02/2010 | EPO Company | 60.00 | | x | 27,020.05 |
| Chk - 220 | 06/02/2010 | Peoples Energy | 89.62 | | x | 26,930.43 |
| Dep - 54 | 06/04/2010 | | | 3,800.00 | x | 30,730.43 |
| Chk - 221 | 06/04/2010 | Comfort | 140.00 | | x | 30,590.43 |
| Chk - 222 | 06/04/2010 | Comfort | 75.00 | | x | 30,515.43 |
| Chk - 223 | 06/09/2010 | Ashland Lock & Security | 388.74 | | x | 30,126.69 |
| Chk - 224 | 06/09/2010 | AT&T | 57.64 | | x | 30,069.05 |
| Chk - 225 | 06/09/2010 | City of Chicago | 93.24 | | x | 29,975.81 |
| Chk - 226 | 06/09/2010 | Mark B Weiss Real Estate LLC | 1,000.00 | | x | 28,975.81 |
| Chk - 227 | 06/09/2010 | Waste Management | 146.80 | | x | 28,829.01 |
| Dep - 55 | 06/14/2010 | | | 1,350.00 | x | 30,179.01 |
| Dep - 56 | 06/15/2010 | | | 2,000.00 | x | 32,179.01 |
| Chk - 228 | 06/16/2010 | Jim Elenz | 30.00 | | x | 32,149.01 |
| Chk - 229 | 06/16/2010 | Peter A. Pietrusiewicz | 15.00 | | x | 32,134.01 |
| Chk - 230 | 06/16/2010 | Joseph Romano | 15.00 | | x | 32,119.01 |
| Chk - 231 | 06/17/2010 | ComEd | 85.01 | | x | 32,034.00 |
| Dep - 57 | 06/28/2010 | | | 800.00 | x | 32,834.00 |
| Dep - 58 | 07/09/2010 | | | 2,000.00 | | 34,834.00 |
| Dep - 59 | 07/09/2010 | | | 1,700.00 | | 36,534.00 |
| Dep - 60 | 07/09/2010 | | | 2,050.00 | | 38,584.00 |
| Dep - 61 | 07/09/2010 | | | 1,700.05 | | 40,284.05 |
| Dep - 62 | 07/09/2010 | | | 2,150.00 | | 42,434.05 |
| Dep - 63 | 07/09/2010 | | | 1,100.00 | | 43,534.05 |
| Chk - 232 | 07/20/2010 | AT&T | 57.35 | | | 43,476.70 |
| Chk - 233 | 07/20/2010 | Barnard Elevator Company | 130.00 | | | 43,346.70 |
| Chk - 234 | 07/20/2010 | Peoples Energy | 47.39 | | | 43,299.31 |
| Chk - 235 | 07/20/2010 | Waste Management | 146.44 | | | 43,152.87 |
| Chk - 236 | 07/27/2010 | Cory Chism | 500.00 | | | 42,652.87 |
| Chk - 237 | 07/29/2010 | Bradley Communications Inc. | 274.00 | | | 42,378.87 |
| Chk - 238 | 07/29/2010 | Cincinnati Insurance Companies | 2,127.01 | | | 40,251.86 |
| Chk - 239 | 07/29/2010 | ComEd | 95.88 | | | 40,155.98 |
| Chk - 240 | 07/29/2010 | EPO Company | 180.00 | | | 39,975.98 |
| Dep - 64 | 07/30/2010 | | | 800.00 | | 40,775.98 |
| Dep - 65 | 07/30/2010 | | | 900.00 | | 41,675.98 |
| | 07/31/2010 | Ending Balance | | | | 41,675.98 |

14

**Rent Roll**

**r1652p - 1652 N. Bosworth Ave**
**As of Date: 07/31/2010**
**Select By: Move In Date**

Page 1
8/19/2010
09:43 AM

| Unit | Unit Type | Tenant Code | Tenant Name | Unit Sqft | Market Rent | Actual Rent | Deposit | Move In | Move Out |
|---|---|---|---|---|---|---|---|---|---|
| 2N | | lemus | Mario Lemus & Maribel de la | 0.0 | 1,725.00 | 1,725.00 | 0.00 | 07/01/10 | 06/30/11 |
| 2S | | gusmath | Emily Gustafson/ Jeff Lukasak | 0.0 | 1,500.00 | 1,500.00 | 0.00 | 03/01/09 | 02/28/11 |
| 3N | | keencorn | Jim Keenehan/ Jordan Cornett | 0.0 | 1,550.00 | 1,550.00 | 0.00 | 05/01/09 | 11/30/10 |
| 3S | | klein | Seth & Michelle Klein | 0.0 | 2,250.00 | 2,250.00 | 250.00 | 05/01/09 | 05/31/11 |
| 4N | | dudleyf | Fred Dudley & Conni Ross | 0.0 | 2,000.00 | 2,000.00 | 0.00 | 04/01/09 | |
| 4S | | vinocur | Andrew White & Erin Vinocur | 0.0 | 1,795.00 | 1,795.00 | 0.00 | 07/01/10 | 06/30/11 |
| COMM | | 1652comm | Inheritance Communication C | 0.0 | 1,500.00 | 1,500.00 | 0.00 | 04/01/09 | |
| 7 | | | Total | 0.0 | 12,320.00 | 12,320.00 | 250.00 | | |
| 7 | | | Total Occupied | 0.0 | 12,320.00 | 12,320.00 | | | |
| 100.00 | | | % Occupied | | 100.00 | 100.00 | | | |
| 0 | | | Total Vacant | 0.0 | 0.00 | | | | |
| 0.00 | | | % Vacant | | 0.00 | | | | |

15

## Cash Flow (Cash)
### 1652 N. Bosworth Ave - (r1652p)
### March 2009 - July 2010

Page 1
8/19/2010
10:20 AM

| | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **INCOME** | | | | |
| | | | | |
| **RENT INCOME** | | | | |
| 4500-0000 Rent | 147,701.63 | 99.28 | 147,701.63 | 99.28 |
| NET RENT INCOME | 147,701.63 | 99.28 | 147,701.63 | 99.28 |
| | | | | |
| OTHER INCOME | | | | |
| 5610-0001 Credit Check Fee | 200.00 | 0.13 | 200.00 | 0.13 |
| 5620-0000 Move In Charges | 900.00 | 0.60 | 900.00 | 0.60 |
| 5801-0000 NSF Fee | -25.00 | -0.02 | -25.00 | -0.02 |
| TOTAL OTHER INCOME | 1,075.00 | 0.72 | 1,075.00 | 0.72 |
| | | | | |
| TOTAL INCOME | 148,776.63 | 100.00 | 148,776.63 | 100.00 |
| | | | | |
| **EXPENSES** | | | | |
| | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Services & Repairs | | | | |
| 6202-0000 Cleaning Units | 1,320.00 | 0.89 | 1,320.00 | 0.89 |
| 6204-0000 Landscaping/Grounds care | 720.00 | 0.48 | 720.00 | 0.48 |
| 6204-0002 Snow Removal | 360.95 | 0.24 | 360.95 | 0.24 |
| 6205-0000 Painting & Decorating | 9,888.48 | 6.65 | 9,888.48 | 6.65 |
| 6206-0000 Elevator Inspection & Rep | 2,545.50 | 1.71 | 2,545.50 | 1.71 |
| 6207-0000 Plumbing Repair | 500.00 | 0.34 | 500.00 | 0.34 |
| 6210-0000 Sewer Repair | 450.00 | 0.30 | 450.00 | 0.30 |
| 6223-0002 HVAC Repair | 140.00 | 0.09 | 140.00 | 0.09 |
| 6223-0004 Flooring Repair/Maintenan | 1,580.00 | 1.06 | 1,580.00 | 1.06 |
| 6223-0005 Building Repairs | 125.00 | 0.08 | 125.00 | 0.08 |
| Total Services & Repairs | 17,629.93 | 11.85 | 17,629.93 | 11.85 |
| | | | | |
| Materials & Supplies | | | | |
| 6231-0000 Locks/Keys | 727.84 | 0.49 | 727.84 | 0.49 |
| 6235-0000 Miscellaneous Supplies & | 272.88 | 0.18 | 272.88 | 0.18 |
| Total Materials & Supplies | 1,000.72 | 0.67 | 1,000.72 | 0.67 |
| TOTAL REPAIRS & MAINTENANC | 18,630.65 | 12.52 | 18,630.65 | 12.52 |
| | | | | |
| UTILITIES | | | | |
| 6410-0000 Electricity | 430.74 | 0.29 | 430.74 | 0.29 |
| 6420-0000 Gas | 240.20 | 0.16 | 240.20 | 0.16 |
| 6430-0000 Water & Sewer | 1,157.09 | 0.78 | 1,157.09 | 0.78 |
| 6440-0000 Phone Line For Intercom | 571.04 | 0.38 | 571.04 | 0.38 |
| 6450-0000 Scavenger | 1,828.84 | 1.23 | 1,828.84 | 1.23 |
| TOTAL UTILITIES | 4,227.91 | 2.84 | 4,227.91 | 2.84 |
| | | | | |
| GENERAL & ADMINISTRATIVE | | | | |
| 7300-0000 Bank Service Fee | 20.00 | 0.01 | 20.00 | 0.01 |
| 7303-0000 Exp-Receivers Fees | 15,114.86 | 10.16 | 15,114.86 | 10.16 |
| 7420-0000 Office Supplies | 865.00 | 0.58 | 865.00 | 0.58 |
| 7500-0002 Signage | 200.00 | 0.13 | 200.00 | 0.13 |
| 7610-0000 Legal & Accounting | 6,086.00 | 4.09 | 6,086.00 | 4.09 |
| 7623-0010 Transportation Reimburse | 30.00 | 0.02 | 30.00 | 0.02 |
| 7700-0000 Miscellaneous Expense | 1,300.00 | 0.87 | 1,300.00 | 0.87 |
| | | | | |
| COMMISSION EXPENSE | | | | |
| 7701-0000 Leasing Commission - Res | 3,520.00 | 2.37 | 3,520.00 | 2.37 |

16

## Cash Flow (Cash)
### 1652 N. Bosworth Ave - (r1652p)
### March 2009 - July 2010

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| 7701-0007 Unit Showing Fee | 1,760.00 | 1.18 | 1,760.00 | 1.18 |
| TOTAL COMMISSION EXPENSE | 5,280.00 | 3.55 | 5,280.00 | 3.55 |
| TOTAL G & A EXPENSE | 28,895.86 | 19.42 | 28,895.86 | 19.42 |
| | | | | |
| TAXES & INSURANCE | | | | |
| 8410-0000 Real Estate Taxes | 43,677.08 | 29.36 | 43,677.08 | 29.36 |
| 8420-0001 Insurance-Property | 3,745.67 | 2.52 | 3,745.67 | 2.52 |
| 8420-0002 Insurance-Bonds | 615.00 | 0.41 | 615.00 | 0.41 |
| TOTAL TAXES & INSURANCE | 48,037.75 | 32.29 | 48,037.75 | 32.29 |
| | | | | |
| TOTAL EXPENSES | 99,792.17 | 67.08 | 99,792.17 | 67.08 |
| | | | | |
| NET INCOME | 48,984.46 | 32.92 | 48,984.46 | 32.92 |
| | | | | |
| ADJUSTMENTS | | | | |
| 1421-0000 Misc. Work (common) | -125.00 | | 0.00 | |
| TOTAL CONSTRUCTION COST | -125.00 | | 0.00 | |
| 2121-0001 Receivership - Account Fundin | 0.01 | | 0.00 | |
| 2210-0000 Prepaid Rent | 1,502.00 | | 1,502.00 | |
| | | | | |
| COMMISSION EXPENSE | | | | |
| TOTAL ADJUSTMENTS | 1,377.01 | | 1,502.00 | |
| | | | | |
| CASH FLOW | 50,361.47 | | 50,486.46 | |
| | | | | |
| Beginning Cash | 0.00 | | | |
| Ending Balance | 50,361.47 | | | |

17

# Bank Register

### r1652b - 1652 N Bosworth Receivership
### Date range: 06/01/2010 - 07/31/2010

| Check or Deposit | Date | Vendor or Memo | Payment | Deposit | Rcn | Balance |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 43,081.11 |
| Dep - 67 | 06/01/2010 | | | 3,750.00 | | 46,831.11 |
| Dep - 68 | 06/02/2010 | | | 100.00 | | 46,931.11 |
| Dep - 69 | 06/02/2010 | | | 100.00 | | 47,031.11 |
| Chk - 196 | 06/02/2010 | Peoples Energy | 148.82 | | | 46,882.29 |
| Chk - 197 | 06/02/2010 | Ashland Lock & Security | 339.10 | | | 46,543.19 |
| Chk - 198 | 06/02/2010 | EPO Company | 60.00 | | | 46,483.19 |
| Chk - 199 | 06/02/2010 | Flood Brothers Disposal | 104.85 | | | 46,378.34 |
| Dep - 70 | 06/04/2010 | | | 850.00 | | 47,228.34 |
| Chk - 200 | 06/04/2010 | Comfort | 140.00 | | | 47,088.34 |
| Dep - 71 | 06/09/2010 | | | 2,945.00 | | 50,033.34 |
| Chk - 201 | 06/09/2010 | Alesi Flooring | 1,580.00 | | | 48,453.34 |
| Chk - 202 | 06/09/2010 | Mark B Weiss Real Estate LLC | 3,520.00 | | | 44,933.34 |
| Chk - 203 | 06/09/2010 | Ashland Lock & Security | 388.74 | | | 44,544.60 |
| Chk - 204 | 06/09/2010 | AT&T | 50.00 | | | 44,494.60 |
| Chk - 205 | 06/09/2010 | City of Chicago | 130.55 | | | 44,364.05 |
| Chk - 206 | 06/09/2010 | Cary G. Schiff, Esq | 556.00 | | | 43,808.05 |
| Chk - 207 | 06/11/2010 | Barnard Elevator Company | 130.00 | | | 43,678.05 |
| Chk - 209 | 06/11/2010 | Bradley Communications Inc. | 457.69 | | | 43,220.36 |
| Dep - 72 | 06/18/2010 | | | 2,175.00 | | 45,395.36 |
| Chk - 208 | 06/21/2010 | Mark B Weiss Real Estate LLC | 1,300.00 | | | 44,095.36 |
| Dep - 73 | 06/28/2010 | | | 1,500.00 | | 45,595.36 |
| Dep - 74 | 07/09/2010 | | | 850.00 | | 46,445.36 |
| Dep - 75 | 07/09/2010 | | | 2,250.00 | | 48,695.36 |
| Dep - 76 | 07/14/2010 | | | 700.00 | | 49,395.36 |
| Chk - 210 | 07/20/2010 | AT&T | 63.35 | | | 49,332.01 |
| Chk - 211 | 07/20/2010 | Barnard Elevator Company | 308.50 | | | 49,023.51 |
| Chk - 212 | 07/20/2010 | Flood Brothers Disposal | 138.45 | | | 48,885.06 |
| Chk - 213 | 07/20/2010 | Peoples Energy | 53.33 | | | 48,831.73 |
| Dep - 77 | 07/23/2010 | | | 1,500.00 | | 50,331.73 |
| Chk - 214 | 07/27/2010 | Cory Chism | 862.50 | | | 49,469.23 |
| Chk - 215 | 07/27/2010 | Cory Chism | 897.50 | | | 48,571.73 |
| Chk - 216 | 07/29/2010 | EPO Company | 180.00 | | | 48,391.73 |
| Chk - 217 | 07/29/2010 | Flood Brothers Disposal | 242.21 | | | 48,149.52 |
| Chk - 218 | 07/29/2010 | Peoples Energy | 38.05 | | | 48,111.47 |
| Dep - 78 | 07/30/2010 | | | 2,250.00 | | 50,361.47 |
| | 07/31/2010 | Ending Balance | | | | 50,361.47 |

18

## Rent Roll
### r1656p - 1656 N. Bosworth Avenue
#### As of Date: 07/31/2010
#### Select By: Move In Date

Page 1
8/19/2010
09:44 AM

| Unit | Unit Type | Tenant Code | Tenant Name | Unit Sqft | Market Rent | Actual Rent | Deposit | Move In | Move Out |
|------|-----------|-------------|-------------|-----------|-------------|-------------|---------|---------|----------|
| 2N | | landers | Ryan Landers & Tiffani Wilson | 0.0 | 1,650.00 | 1,650.00 | 0.00 | 06/01/10 | 05/31/11 |
| 2S | | drucknat | Luke Drucker/ Michael Natelb | 0.0 | 1,950.00 | 1,950.00 | 0.00 | 04/01/09 | 03/31/11 |
| 3N | | jerryen | Matt Jerrell/Woody Yen | 0.0 | 1,450.00 | 1,450.00 | 0.00 | 04/01/09 | 12/31/10 |
| 3S | | coopfay | MTM Matt Cooper/ Peter Fay | 0.0 | 1,900.00 | 1,900.00 | 0.00 | 04/01/09 | |
| 4N | | whittbru | MTM Ryan Whitt/ Anthony Bru | 0.0 | 1,900.00 | 1,900.00 | 0.00 | 04/01/09 | |
| 4S | | katjuchr | Alison Velazquez Katie Freem | 0.0 | 1,900.00 | 1,900.00 | 0.00 | 04/01/09 | 08/31/10 |
| COMM | | 1656comm | Maciej Lojewski Inheritance C | 0.0 | 2,150.00 | 2,150.00 | 0.00 | 04/01/09 | 04/30/11 |
| | | | | | 1,500.00 | 1,500.00 | 0.00 | 04/01/09 | |
| 7 | | | Total | 0.0 | 12,500.00 | 12,500.00 | 0.00 | | |
| 7 | | | Total Occupied | 0.0 | 12,500.00 | 12,500.00 | | | |
| 100.00 | | | % Occupied | | 100.00 | 100.00 | | | |
| 0 | | | Total Vacant | 0.0 | 0.00 | | | | |
| 0.00 | | | % Vacant | | 0.00 | | | | |

19

## Cash Flow (Cash)
### 1656 N. Bosworth Avenue - (r1656p)
### March 2009 - July 2010

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **INCOME** | | | | |
| | | | | |
| **RENT INCOME** | | | | |
| 4500-0000 Rent | 169,109.35 | 100.01 | 169,109.35 | 100.01 |
| NET RENT INCOME | 169,109.35 | 100.01 | 169,109.35 | 100.01 |
| | | | | |
| OTHER INCOME | | | | |
| 5801-0000 NSF Fee | -20.00 | -0.01 | -20.00 | -0.01 |
| TOTAL OTHER INCOME | -20.00 | -0.01 | -20.00 | -0.01 |
| | | | | |
| TOTAL INCOME | 169,089.35 | 100.00 | 169,089.35 | 100.00 |
| | | | | |
| **EXPENSES** | | | | |
| | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Services & Repairs | | | | |
| 6202-0000 Cleaning Units | 1,320.00 | 0.78 | 1,320.00 | 0.78 |
| 6204-0002 Snow Removal | 120.00 | 0.07 | 120.00 | 0.07 |
| 6205-0000 Painting & Decorating | 9,908.84 | 5.86 | 9,908.84 | 5.86 |
| 6206-0000 Elevator Inspection & Rep | 5,404.00 | 3.20 | 5,404.00 | 3.20 |
| 6209-0000 Appliance Repair | 239.50 | 0.14 | 239.50 | 0.14 |
| 6210-0000 Sewer Repair | 450.00 | 0.27 | 450.00 | 0.27 |
| 6212-0000 Garage Door Repair | 483.00 | 0.29 | 483.00 | 0.29 |
| 6223-0002 HVAC Repair | 1,315.00 | 0.78 | 1,315.00 | 0.78 |
| 6223-0004 Flooring Repair/Maintenan | 790.00 | 0.47 | 790.00 | 0.47 |
| 6223-0005 Building Repairs | 125.00 | 0.07 | 125.00 | 0.07 |
| 6223-0007 Window Repair | 1,330.00 | 0.79 | 1,330.00 | 0.79 |
| Total Services & Repairs | 21,485.34 | 12.71 | 21,485.34 | 12.71 |
| | | | | |
| Materials & Supplies | | | | |
| 6231-0000 Locks/Keys | 873.12 | 0.52 | 873.12 | 0.52 |
| Total Materials & Supplies | 873.12 | 0.52 | 873.12 | 0.52 |
| TOTAL REPAIRS & MAINTENANC | 22,358.46 | 13.22 | 22,358.46 | 13.22 |
| | | | | |
| UTILITIES | | | | |
| 6410-0000 Electricity | 75.61 | 0.04 | 75.61 | 0.04 |
| 6420-0000 Gas | 41.32 | 0.02 | 41.32 | 0.02 |
| 6430-0000 Water & Sewer | 1,243.80 | 0.74 | 1,243.80 | 0.74 |
| 6440-0000 Phone Line For Intercom | 292.44 | 0.17 | 292.44 | 0.17 |
| 6450-0000 Scavenger | 3,544.66 | 2.10 | 3,544.66 | 2.10 |
| TOTAL UTILITIES | 5,197.83 | 3.07 | 5,197.83 | 3.07 |
| | | | | |
| GENERAL & ADMINISTRATIVE | | | | |
| 7303-0000 Exp-Receivers Fees | 15,114.86 | 8.94 | 15,114.86 | 8.94 |
| 7410-0002 Office Telephone | 162.82 | 0.10 | 162.82 | 0.10 |
| 7420-0000 Office Supplies | 565.00 | 0.33 | 565.00 | 0.33 |
| 7421-0000 Postage and Delivery | 11.90 | 0.01 | 11.90 | 0.01 |
| 7500-0002 Signage | 1,375.00 | 0.81 | 1,375.00 | 0.81 |
| 7610-0000 Legal & Accounting | 3,618.00 | 2.14 | 3,618.00 | 2.14 |
| 7616-0000 Professional Services - Pe | 102.00 | 0.06 | 102.00 | 0.06 |
| 7621-0000 Misc Adinistrative | 26.00 | 0.02 | 26.00 | 0.02 |
| TOTAL G & A EXPENSE | 20,975.58 | 12.41 | 20,975.58 | 12.41 |
| | | | | |
| TAXES & INSURANCE | | | | |
| 8410-0000 Real Estate Taxes | 54,199.42 | 32.05 | 54,199.42 | 32.05 |

29

**Cash Flow (Cash)**
**1656 N. Bosworth Avenue - (r1656p)**
**March 2009 - July 2010**

|  | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| 8420-0001 Insurance-Property | 5,872.66 | 3.47 | 5,872.66 | 3.47 |
| 8420-0002 Insurance-Bonds | 600.00 | 0.35 | 600.00 | 0.35 |
| TOTAL TAXES & INSURANCE | 60,672.08 | 35.88 | 60,672.08 | 35.88 |
| TOTAL EXPENSES | 109,203.95 | 64.58 | 109,203.95 | 64.58 |
| NET INCOME | 59,885.40 | 35.42 | 59,885.40 | 35.42 |
| ADJUSTMENTS |  |  |  |  |
| 1421-0000 Misc. Work (common) | -125.00 |  | 0.00 |  |
| TOTAL CONSTRUCTION COST | -125.00 |  | 0.00 |  |
| 2121-0001 Receivership - Account Fundin | 0.01 |  | 0.00 |  |
| 2210-0000 Prepaid Rent | 3,850.01 |  | 3,849.99 |  |
| COMMISSION EXPENSE |  |  |  |  |
| TOTAL ADJUSTMENTS | 3,725.02 |  | 3,849.99 |  |
| CASH FLOW | 63,610.42 |  | 63,735.39 |  |
| Beginning Cash | 0.00 |  |  |  |
| Ending Balance | 63,610.42 |  |  |  |

21

# Bank Register
## r1656b - 1656 N Bosworth Receivership
### Date range: 06/01/2010 - 07/31/2010

Page 1
8/19/2010
09:45 AM

| Check or Deposit | Date | Vendor or Memo | Payment | Deposit | Rcn | Balance |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 46,523.75 |
| Dep - 57 | 06/01/2010 | | | 1,782.35 | x | 48,306.10 |
| Dep - 58 | 06/02/2010 | | | 2,625.00 | x | 50,931.10 |
| Chk - 197 | 06/02/2010 | Ashland Lock & Security | 339.10 | | x | 50,592.00 |
| Chk - 198 | 06/02/2010 | AT&T | 42.96 | | x | 50,549.04 |
| Chk - 199 | 06/02/2010 | EPO Company | 60.00 | | x | 50,489.04 |
| Chk - 200 | 06/04/2010 | Comfort | 350.00 | | x | 50,139.04 |
| Dep - 59 | 06/08/2010 | | | 2,085.00 | x | 52,224.04 |
| Chk - 201 | 06/09/2010 | Alesi Flooring | 790.00 | | x | 51,434.04 |
| Chk - 202 | 06/09/2010 | Ashland Lock & Security | 388.74 | | x | 51,045.30 |
| Chk - 203 | 06/09/2010 | Cary G. Schiff, Esq | 278.00 | | x | 50,767.30 |
| Chk - 204 | 06/09/2010 | Waste Management | 245.16 | | x | 50,522.14 |
| Chk - 205 | 06/09/2010 | City of Chicago | 119.36 | | x | 50,402.78 |
| Chk - 206 | 06/11/2010 | Barnard Elevator Company | 130.00 | | x | 50,272.78 |
| Chk - 208 | 06/11/2010 | Chariot Messenger | 11.90 | | | 50,260.88 |
| Chk - 209 | 06/11/2010 | F & S Garage Doors | 165.00 | | | 50,095.88 |
| Chk - 207 voided | 07/01/2010 | AT&T | | 0.00 | x | 50,095.88 |
| Chk - 207 voider | 07/01/2010 | AT&T | | 0.00 | x | 50,095.88 |
| Dep - 60 | 07/09/2010 | | | 1,350.00 | | 51,445.88 |
| Dep - 61 | 07/09/2010 | | | 1,450.00 | | 52,895.88 |
| Dep - 62 | 07/09/2010 | | | 1,950.00 | | 54,845.88 |
| Dep - 63 | 07/09/2010 | | | 1,580.00 | | 56,425.88 |
| Dep - 64 | 07/09/2010 | | | 1,347.56 | | 57,773.44 |
| Chk - 210 | 07/20/2010 | AT&T | 42.17 | | | 57,731.27 |
| Chk - 211 | 07/20/2010 | Barnard Elevator Company | 130.00 | | | 57,601.27 |
| Chk - 212 | 07/20/2010 | Peoples Energy | 41.32 | | | 57,559.95 |
| Chk - 213 | 07/20/2010 | Waste Management | 244.53 | | | 57,315.42 |
| Dep - 65 | 07/21/2010 | | | 1,900.00 | | 59,215.42 |
| Dep - 66 | 07/27/2010 | | | 1,950.00 | | 61,165.42 |
| Chk - 214 | 07/29/2010 | EPO Company | 180.00 | | | 60,985.42 |
| Dep - 67 | 07/30/2010 | | | 725.00 | | 61,710.42 |
| | 07/31/2010 | Ending Balance | | | | 61,710.42 |

22