

2442 N. Lincoln Avenue  Chicago, Illinois 60614
773-871-1818    Fax  773-871-2365

e-mail: markbweiss@gmail.com
www.markbweiss.com

# INVOICE

Tim Donnon

Charter One Bank
71 S. Wacker Drive, 29th Floor
Chicago, IL 60606

August 12, 2010

Invoice #:  11238

Receivers Fees through  August 12, 2010
Re:    Bosworth Properties - 03/30/2009
        Chicago, IL - Judge Mulroy
        1646 N. Bosworth - 08 CH 43352
        1652 N. Bosworth - 08 CH 43351
        1656 N. Bosworth - 08 CH 43354

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2009 | MP | Finalize receiver's fourth report<br>General - Applies to all properties and cases | 1.50<br>175.00/hr | 262.50 |
| | LH | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 12/2/2009 | MBW | Preparation of Receivers Report<br>General - Applies to all properties and cases | 2.00<br>275.00/hr | 550.00 |
| 12/4/2009 | LH | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |

23

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/7/2009 | LH | Tenant call 1652 Unit 2S, Erin Carr, can't get their heat past 62 degrees. Scheduled heating vendor at tenant's request for the following afternoon.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
| | LH | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 12/8/2009 | LH | Tenant call Cynthia Castilla, 2N, stating that she has to pay her rent a few days late.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
| | LH | Update from heating vendor that the thermostat has been repaired in unit 2S.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
| 12/9/2009 | LH | Conversation with tenant Jim Keenehan regarding his tenant ledger showing a past due balance. Reviewed ledger with tenant and explained the one month it appeared a roommate had forgotten to send in rent. Mr. Keenehan states he will look into it and send the late rent in.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
| | LH | Balance and reconcile checking account to property management software from prior month<br>General - Applies to all properties and cases | 0.75<br>175.00/hr | 131.25 |
| 12/10/2009 | MBW | Court Appearance for the presentation and approval of Receivers Report<br>General - Applies to all properties and cases | 2.50<br>275.00/hr | 687.50 |
| | BM | Tenant call, Matthew Cooper, regarding broken garbage disposal in unit, the tenant was given the opportunity to call a plumber to make the repairs and deduct in off his rent but the tenant refused and demanded the receiver repair the issue.<br>1656 N. Bosworth - 08 CH 43354 | 0.50<br>175.00/hr | 87.50 |

24

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/10/2009 | LH | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 12/11/2009 | MBW | Reviewed regular status report report supplied to receiver from security and field staff<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
|  | LH | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| 12/12/2009 | LH | Tenant call from Tanner Hargens, requesting a review of his lease terms and rental rate as they are up for renewal. Mr. Hargens would like a monthly rent reduction or states they will be moving. Reviewed tenant's ledger and offered a reduction. Requested if the renewal is accepted tenant come into the office to sign a new lease.<br>1646 N. Bosworth - 08 CH 43352 | 0.45<br>175.00/hr | 78.75 |
| 12/14/2009 | BM | Wrote up 5 day notice for tenant 1656-4S<br>1656 N. Bosworth - 08 CH 43354 | 0.25<br>175.00/hr | 43.75 |
|  | LH | Balance and reconcile checking account to property management software from prior month<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
|  | MBW | Pay bills<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
|  | BC | Pay bills<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| 12/15/2009 | MBW | Conversation with plaintiff Mike Brown to make introduction and access to property and property<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |

25

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page 4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/17/2009 | BM | Informed all tenants of property showing at the buildings<br>General - Applies to all properties and cases | 1.00<br>175.00/hr | 175.00 |
| 12/22/2009 | LH | Lease renewal Matt Jerrel and Woody Yen, Unit 3N<br>1656 N. Bosworth - 08 CH 43354 | 0.50<br>175.00/hr | 87.50 |
| | MBW | Multiple correspondence with palintiff and plaintiffs counsel re:<br>leases on property, billboard and issues relates to lease holds.<br>General - Applies to all properties and cases | 0.50<br>275.00/hr | 137.50 |
| 12/23/2009 | BM | Tenant call, Cynthai Castilla, tenant needs keys to garage area in<br>order to let repair company access to the problem area. The<br>correct keys were prepared for tenant to pick up from receiver's<br>office<br>1656 N. Bosworth - 08 CH 43354 | 0.25<br>175.00/hr | 43.75 |
| 12/28/2009 | BM | Called snow removal companies for estimates on maintaining<br>common areas when snowing<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| 12/30/2009 | BC | Pay bills<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| | LH | Meeting with 1646 Unit 2S tenants to renew lease.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75 |
| | LH | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| | BC | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 1/4/2010 | BM | Receive and record rents on property management system and<br>make deposit at bank<br>General - Applies to all properties and cases | 0.75<br>175.00/hr | 131.25 |

25

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2010 | BM | Tenant call, Mr.Dudley, following up on on request for maintenance regarding no heat or water in commercial space. Mr. Dudley was informed that maintenance had been dispatched and that they would call before they arrive.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
|  | BM | Tenant call, 1652-2S, in regards to bathroom ceiling moldy and leaking and tenant believe the leak is coming from the shower above.  Both tenants were notified to be home and maintenance was dispatched.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
| 1/6/2010 | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 1/7/2010 | BM | Dispatched Air Comfort Control to address heating issues at 1652 Commercial space and unit 2N.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
| 1/8/2010 | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
|  | LH | Balance and reconcile checking account to property management software from prior month<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| 1/11/2010 | LH | Tenant call Emily Guftason stating that she has a small leak in her ceiling.  Dispatched maintenance and additionally contacted the tenant in the unit above in case maintenance needs access.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
|  | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago. IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page 6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2010 | LH | Visit to office from tenant Kyle Tanner. Tenant renewed lease on a previous day. and dropped off the paperwork. Tenant had multiple questions regarding lease stability should building be sold to a new owner.<br>1646 N. Bosworth - 08 CH 43352 | 0.45<br>175.00/hr | 78.75 |
| | LH | Tenant call from commercial tenant ICC, stating they wanted carpets to be cleaned from a recent small. water leak. Requested tenant rent a carpet shampoo machine and deduct the cost off of the thousands of dollars in delinquent rent.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75 |
| 1/15/2010 | LH | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| | BC | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 1/20/2010 | LH | Tenant correspondence with tenant Cynthia Castilla. Unit 2N, who has fallen behind on rent due to medical issues. Provided a variety of options for Ms. Castilla to make payment arrangements as well as the option to advertise and show her own unit in order to provide an acceptable replacement (to be approved by receiver's office and required to complete the application process) to then let her out of the duration of her lease and continue to make payment arrangements. Ms. Castilla will decide and get back to the office.<br>1656 N. Bosworth - 08 CH 43354 | 0.45<br>175.00/hr | 78.75 |
| 1/25/2010 | BM | Tenant call, Matt Cooper. in regards to common area electric not working due to an error on Comed. The tenant was informed that the receiver would check in with Comed to check the status of the disconnection.<br>1656 N. Bosworth - 08 CH 43354 | 0.25<br>175.00/hr | 43.75 |
| | LH | Multiple tenant calls stating that the common electric is off. Sent maintenance supervisor to assess, who later reports the meters have been shut off. Contacted ComEd who states they | 1.00<br>175.00/hr | 175.00 |

28

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page   7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | accidentally never switched over the meters from the receiver's request in April, and therefore it was shut off in error.  ComEd supervisor took responsibility for the error and sent emergency crews out to restore power.<br>General - Applies to all properties and cases |  |  |
| 1/25/2010 | LH | Tenant call stating front door lock is not working.  Dispatched Ashland Lock to repair.<br>1656 N. Bosworth - 08 CH 43354 | 0.25<br>175.00/hr | 43.75 |
| 1/28/2010 | BC | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
|  | LH | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 1/29/2010 | MBW | Conversation with counsel for tax division re status<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 2/1/2010 | AFJ | On site property inspection to view commercial space under eviction and vacant units to prepare for rental, deferred maintenance.<br>General - Applies to all properties and cases | 2.50<br>175.00/hr | 437.50 |
|  | LH | On site property inspection to view commercial space under eviction and vacant units to prepare for rental, deferred maintenance.<br>General - Applies to all properties and cases | 2.50<br>175.00/hr | 437.50 |
|  | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 2/2/2010 | LH | Walked through vacant units to assess condition and price for rental.  Decided on painting and other minor repairs needed to make units rentable.  Photographed units.  Prepared ads for | 0.75<br>175.00/hr | 131.25 |

29

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Craigslist and the MLS.<br>General - Applies to all properties and cases | | |
| 2/3/2010 | BM | Appearance in eviction court for contested case.<br>General - Applies to all properties and cases | 2.00<br>175.00/hr | 350.00 |
| | AFJ | Appearance in eviction court for contested case.<br>General - Applies to all properties and cases | 2.00<br>175.00/hr | 350.00 |
| 2/4/2010 | BM | Dispatched locksmith to repair busted common area door lock<br>and arranged for copies of new keys to be distributed to tenants.<br>1656 N. Bosworth - 08 CH 43354 | 0.50<br>175.00/hr | 87.50 |
| | LH | Contacted People's Energy to request now vacant units gas<br>accounts are put into receiver's name.  Maintenance supervisor<br>reports that two units seem to have meters locked.<br>Correspondence back from People's Energy stating accounts are<br>in receiver's name, and they show no record of gas meters being<br>locked and shut off.<br>1646 N. Bosworth - 08 CH 43352 | 0.50<br>175.00/hr | 87.50 |
| | BM | Receive and record rents on property management system and<br>make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 2/5/2010 | BM | Packaged keys and notified tenants that new front common area<br>doors keys would be delivered<br>1656 N. Bosworth - 08 CH 43354 | 1.00<br>175.00/hr | 175.00 |
| | LH | Meeting with maintenance supervisor to provide paint colors and<br>funding for paint and supplies to paint and prepare vacant units<br>for rent.  Subsequent conversation with maintenance supervisor<br>stating that they are at the property and they do see two locks on<br>the gas meters, despite People's Energy saying there are none.<br>Follow up with People's Energy to request a second look at the<br>accounts and to schedule an appointment if necessary to remove | 0.75<br>175.00/hr | 131.25 |

39

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12. 2010
Invoice #: 11238
Page  9

|              |     |                                                                                                                          | Hrs/Rate          | Amount |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
|              |     | the locks.<br>1646 N. Bosworth - 08 CH 43352                                                                              |                   |        |
| 2/5/2010     | BM  | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75  |
|              | AFJ | Meeting with LH with property updates.<br>General - Applies to all properties and cases                                   | 1.00<br>175.00/hr | 175.00 |
| 2/9/2010     | LH  | Balance and reconcile checking account to property management software from prior month<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50  |
| 2/11/2010    | BM  | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75  |
| 2/15/2010    | LH  | Coordinated rental showing of unit 2N with real estate agent.<br>1646 N. Bosworth - 08 CH 43352                          | 0.25<br>175.00/hr | 43.75  |
|              | MP  | Work on receiver's fifth report<br>General - Applies to all properties and cases                                         | 1.50<br>175.00/hr | 262.50 |
| 2/16/2010    | LH  | Rental inquiry from real estate agent.  Coordinated showing and provided the lockbox code for showing tomorrow afternoon.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75  |
|              | LH  | Pay bills<br>General - Applies to all properties and cases                                                               | 0.25<br>175.00/hr | 43.75  |
|              | BC  | Pay bills<br>General - Applies to all properties and cases                                                               | 0.25<br>175.00/hr | 43.75  |
|              | MP  | Prepare attachments for receiver's fifth report<br>General - Applies to all properties and cases                         | 0.25<br>175.00/hr | 43.75  |

31

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page 10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/17/2010 MBW | Preparation of Receivers Report<br>General - Applies to all properties and cases | | 2.00<br>275.00/hr | 550.00 |
| BM | General - Applies to all properties and cases | | 2.00<br>175.00/hr | 350.00 |
| 2/18/2010 LH | Coordinated rental showing of unit 2N with real estate agent.<br>1646 N. Bosworth - 08 CH 43352 | | 0.25<br>175.00/hr | 43.75 |
| 2/19/2010 LH | Filled out tenant reference as tenant is looking to rent an<br>apartment in another building.<br>1652 N. Bosworth - 08 CH 43351 | | 0.25<br>175.00/hr | 43.75 |
| LH | Coordinated rental showing of unit 2N with real estate agent.<br>1646 N. Bosworth - 08 CH 43352 | | 0.25<br>175.00/hr | 43.75 |
| 2/22/2010 MBW | Court Appearance for the presentation and approval of Receivers<br>Report<br>General - Applies to all properties and cases | | 2.00<br>275.00/hr | 550.00 |
| 2/23/2010 LH | Paid property taxes on all PIN numbers and properties.<br>General - Applies to all properties and cases | | 0.50<br>175.00/hr | 87.50 |
| LH | Reposted rental ads on Craigslist.<br>1646 N. Bosworth - 08 CH 43352 | | 0.25<br>175.00/hr | 43.75 |
| LH | Rental inquiry from Mario Short, business owner interested in<br>renting the space current tenant will vacate 2/28/10. Took<br>information and requested Receiver call potential renter back.<br>1646 N. Bosworth - 08 CH 43352 | | 0.25<br>175.00/hr | 43.75 |
| 2/24/2010 AFJ | Appearance in eviction court<br>General - Applies to all properties and cases | | 2.50<br>175.00/hr | 437.50 |

32

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page 11

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/24/2010 | BM | Attended court in regards to Inheritance Corporation claiming correct repairs were not being made to commercial space. Case was dismissed.<br>1652 N. Bosworth - 08 CH 43351 | 2.00<br>175.00/hr | 350.00 |
|  | LH | Multiple rental inquiries for the vacant units.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75 |
| 2/26/2010 | BC | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
|  | LH | Multiple real estate agent rental inquiries requesting showings. Set up showings.<br>1646 N. Bosworth - 08 CH 43352 | 0.50<br>175.00/hr | No Charge |
| 2/27/2010 | LH | Multiple rental inquiries. Two agent calls who both would like to submit applications for the two listed units (2N and 3S). Explained rental procedures. ie. application and credit check and requested materials are dropped off at the office for processing.<br>1646 N. Bosworth - 08 CH 43352 | 0.50<br>175.00/hr | 87.50 |
| 3/1/2010 | LH | Application review and credit check processing from potential tenants for 2N. Correspondence with agent and new tenants regarding procedure and scheduled lease signing. Entered new tenants into property management system.<br>1646 N. Bosworth - 08 CH 43352 | 0.50<br>175.00/hr | 87.50 |
|  | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
|  | MBW | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |

33

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2010 | LH | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| | BM | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 3/2/2010 | LH | Correspondence with tenant Cynthia Castilla. Ms. Castilla has become extremely delinquent due to unforeseen changes in her personal life and financial status. Ms. Castilla states she is both getting a roommate April 1 and has employment again and would like to make arrangements to do whatever she can to avoid eviction. Requested Ms. Castilla come up with a proposal.<br>1656 N. Bosworth - 08 CH 43354 | 0.25<br>175.00/hr | 43.75 |
| | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.75<br>175.00/hr | 131.25 |
| 3/4/2010 | LH | Lease Signing 1646 Bosworth 2N.<br>1646 N. Bosworth - 08 CH 43352 | 0.75<br>175.00/hr | 131.25 |
| | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| | MBW | Lease Signing 1646 Bosworth 2N.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>275.00/hr | 68.75 |
| 3/9/2010 | LH | Multiple real estate agent calls regarding the rental of unit 3S.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75 |
| | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |

34

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago. IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page   13

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2010 LH | | Multiple conversations and correspondence with tenants from 4S who are very delinquent in rental payments. Tenants would like to make payments to catch up, however they don't seem to have any concrete plans. Tenants state they are making payments. Prepared a 5-day notice.<br>1656 N. Bosworth - 08 CH 43354 | 0.50<br>175.00/hr | 87.50 |
| | MBW | Conversation with council for plaintiff Re: Judicial sale.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 3/15/2010 LH | | Tenant call stating that the elevator in 1646 is stuck open on the first floor.  Called Bernard Elevator, who conducted a service call and repaired the issue.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75 |
| | JE | Visit to property for thorough inspection.<br>General - Applies to all properties and cases | 1.00<br>175.00/hr | 175.00 |
| | MBW | Visit to property for thorough inspection.<br>General - Applies to all properties and cases | 1.00<br>275.00/hr | 275.00 |
| 3/16/2010 BM | | Scheduled appointment with R & S Garage door service to inspect and service all garage areas at the property.<br>1656 N. Bosworth - 08 CH 43354 | 0.25<br>175.00/hr | 43.75 |
| 3/17/2010 BM | | Organized entry and garage keys for Garage door company to pick up in order to go through each building and inspect garage doors and make sure they are all properly functioning.<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| | LH | Multiple real estate agent calls interested in viewing unit 3S for rent. Later received call back from agent, Charlie Dramer, stating he would be submitting applications for his clients.<br>1646 N. Bosworth - 08 CH 43352 | 0.35<br>175.00/hr | 61.25 |

35

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page   14

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/18/2010 | LH | Call from agent Charlie Dramer, stating his clients are unable to rent the unit at this time, as one of the roommates has lost their job.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75 |
| | MBW | Conversation with plaintiff re:physical status of property and items that require addressing<br>General - Applies to all properties and cases | 0.40<br>275.00/hr | 110.00 |
| 3/19/2010 | MBW | Contact with purchaser of real estate taxes re: receiver, status of what a receiver is, judicial sale process and redemption prior to their filing on property<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| | LH | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 3/22/2010 | BM | Conversation with Brian Huffman in regards to taxes being sold for the properties and reimbursement.  Brian emailed all information regarding the property that needed to be registered at the Cook County Clerks office in order to amount of invoice to be forwarded to the receiver for correct payment to be made. The information was forwarded to the receiver.<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| | MBW | Contact with purchaser of real estate taxes re: receiver, status of what a receiver is, judicial sale process and redemption prior to their filing on property<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 3/24/2010 | MBW | Reviewed notice of redemption for 2006 real estate taxes, obtained  notice of redemption, contacted bank for cashiers check.<br>General - Applies to all properties and cases | 0.50<br>275.00/hr | 137.50 |
| | MBW | Correspondence with plaintiff, plaintiffs counsel and receivers counsel re: delinquent property taxes.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |

36

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2010 MBW | Contact with purchaser of real estate taxes.<br>General - Applies to all properties and cases | | 0.25<br>275.00/hr | 68.75 |
| MBW | Meeting with new tenant to tender keys and review lease<br>General - Applies to all properties and cases | | 0.50<br>275.00/hr | 137.50 |
| MBW | Set showing time with Realtor for units available for 4/01<br>General - Applies to all properties and cases | | 0.25<br>275.00/hr | 68.75 |
| 3/25/2010 BM | Conversation with Jim from Bernanrd Elevator in regards to copies of elevators needing to be made for the office.  Prepared an emailing to jim with a list of all vacant units in which elevator keys need to be made for.<br>General - Applies to all properties and cases | | 0.50<br>175.00/hr | 87.50 |
| BM | Went through key closet to find keys for 1646 3N and 3S and arranged for copies to be made.  Called was also placed into garage repair company to reprogram remotes for all vacant garages.<br>1646 N. Bosworth - 08 CH 43352 | | 0.50<br>175.00/hr | 87.50 |
| 3/29/2010 BM | Dispatched Bernard Elevator to repair 1656-3N elevator.  Tenant informed the receiver's office that the elevator was completely non functioning.<br>1656 N. Bosworth - 08 CH 43354 | | 0.25<br>175.00/hr | 43.75 |
| 4/2/2010 LH | Rental inquiry.  Provided information and lockbox code.<br>1646 N. Bosworth - 08 CH 43352 | | 0.25<br>175.00/hr | 43.75 |
| LH | Rental inquiry.  Provided information and lockbox code.<br>1646 N. Bosworth - 08 CH 43352 | | 0.25<br>175.00/hr | 43.75 |
| 4/7/2010 LH | Lease renewal with 1652 Unit 4S.<br>1652 N. Bosworth - 08 CH 43351 | | 0.50<br>175.00/hr | 87.50 |

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  16

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2010 | MBW | Emergency Call from Tenant re:elevator problem, contacted elevator company and dispatched to proeprty<br>1652 N. Bosworth - 08 CH 43351 | 0.20<br>275.00/hr | 55.00 |
| 4/8/2010 | MBW | On site property inspection<br>General - Applies to all properties and cases | 2.50<br>275.00/hr | 687.50 |
| | LH | Rental inquiry.  Provided information and lockbox code.<br>1646 N. Bosworth - 08 CH 43352 | 0.10<br>175.00/hr | 17.50 |
| 4/14/2010 | LH | Application / Credit check for 1646 Unit 4N.  Subsequent lease signing.  Tenants take occupancy May 1.<br>1646 N. Bosworth - 08 CH 43352 | 1.00<br>175.00/hr | 175.00 |
| 4/15/2010 | BM | Went over correct unit labeling for rentals and repairs/updates needed to be made to vacant units in order to be advertised for rent with Lori.<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| 4/16/2010 | MBW | Discussion with counsel for tax division re: status of division, review with plaintiff and plaintiffs counsel<br>General - Applies to all properties and cases | 0.40<br>275.00/hr | 110.00 |
| 4/19/2010 | LH | Conversation with plaintiff re: erection of new billboard on site without plaintiffs knowledge. site visit to property to verify allegations<br>General - Applies to all properties and cases | 2.50<br>175.00/hr | 437.50 |
| | LH | Visit to property to make a police report regarding illegal use of the billboard and advertising space on the property.  Met with Chicago Police Department as well as sign installation company to gather additional information.  Follow up call to Executive Real Estate who claims that previous, foreclosed owner allowed them use of the space in return for the real estate company to rent out several of their units.  Passed on information to bank.<br>General - Applies to all properties and cases | 0.75<br>175.00/hr | 131.25 |

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page   17

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/20/2010 MBW | Visit to property to view installation of billboard by defendant discussion with plaintiffs counsel and receivers counsel General - Applies to all properties and cases | 1.00 275.00/hr | 275.00 |
| 4/23/2010 LH | Application, credit check and references received and run for unit 1646 4S. Applicants accepted. Set up tenants in property management system and prepared lease and tenant paperwork for lease signing. 1646 N. Bosworth - 08 CH 43352 | 0.75 175.00/hr | 131.25 |
| LH | Follow up conversation with eviction attorney regarding Fred Dudley and Inheritence Communication Corporation. Provided supporting financial material that this tenant still has not paid their occupancy and use payments since December. 1646 N. Bosworth - 08 CH 43352 | 0.50 175.00/hr | 87.50 |
| 4/26/2010 MBW | Call from prospect Mario Short interested in information regarding leasing  the retail space of the property 1-312-735-6371 1646 N. Bosworth - 08 CH 43352 | 0.25 275.00/hr | 68.75 |
| 4/27/2010 BM | Prepared tenant notice of scheduled common area lock change and packaged new keys for current tenants. General - Applies to all properties and cases | 1.00 175.00/hr | 175.00 |
| 4/28/2010 LH | Scheduled appraisal of property. General - Applies to all properties and cases | 0.25 175.00/hr | 43.75 |
| LH | Conducted Internet research on average cost to rent billboard space. Spoke to vendor, Denny Orsinger, local advertising expert regarding the space, permits etc. Attempted to contact real estate company who currently has an add up to see if they would like to make an offer on the space. Shared information with property owner. General - Applies to all properties and cases | 0.75 175.00/hr | 131.25 |

39

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  18

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/30/2010 | MBW | Call From US Census Re: Entering property to inventory residents<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 5/3/2010 | LH | Signed lease renewal with Seth and Michelle Klein.<br>1652 N. Bosworth - 08 CH 43351 | 0.35<br>175.00/hr | 61.25 |
| | LH | Follow up with insurance agent regarding policy to cover the billboard sign.  Provided information to Plaintiff to advise how to proceed.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75 |
| | MBW | Made arrangements with field staff for census workers entry.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| | BM | Receive and record rents on property management system and make deposit at bank<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>175.00/hr | 43.75 |
| | MBW | Signed lease renewal with Seth and Michelle Klein.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>275.00/hr | 68.75 |
| 5/4/2010 | MBW | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.50<br>275.00/hr | 137.50 |
| | MBW | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.50<br>275.00/hr | 137.50 |
| | BM | Receive and record rents on property management system and make deposit at bank<br>1656 N. Bosworth - 08 CH 43354 | 0.25<br>175.00/hr | 43.75 |
| | LH | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |

49

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page   19

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2010 | BM | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| | PP | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| 5/5/2010 | BM | Receive and record rents on property management system and make deposit at bank<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
| 5/6/2010 | LH | Update from attorney that tenant Fred Dudley / ICC have been evicted. Ordered Sheriff.  Attempted to contact Mr. Dudely to let him know should he choose to vacate prior to the Sheriff he needs to make arrangements to hand over keys and do a walk through of the spaces.<br>General - Applies to all properties and cases | 0.35<br>175.00/hr | 61.25 |
| 5/8/2010 | PP | Met Census representative at property for access to units.<br>General - Applies to all properties and cases | 1.00<br>175.00/hr | 175.00 |
| 5/10/2010 | LH | Conversation with Kevin Maloney, manager of the real estate company currently advertising on the billboard. Mr. Maloney states he is unable to pay market value, but is willing to offer something to pay until a new tenant can be found. Mr. Maloney also states he will provide what he can in regard to permits on the space.  Passed on information to the bank for advisement on how they would like to proceed.<br>General - Applies to all properties and cases | 0.75<br>175.00/hr | 131.25 |
| | LH | Call to Plaintiff regarding allegations of mold which are inaccurate. Updated her that the property is in great shape and there was one previous issue of mold in a bedroom of a tenant whose balcony door was not installed correctly and during the summer had serious humidity.  The issue was long ago corrected | 0.25<br>175.00/hr | 43.75 |

41

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #:  11238
Page   20

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | and there have been no other complaints.<br>General - Applies to all properties and cases |  |  |
| 5/10/2010 | LH | Update from painter that 1652 and 1656 2N have been painted. The commercial space at 1646 will be painted tomorrow. Subsequent rental inquiry.  Scheduled showing for tomorrow at 10 AM.<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
|  | MBW | Conversation with new tenant of unit 4N Re: Receiving keys for move-in.<br>1646 N. Bosworth - 08 CH 43352 | 0.25<br>275.00/hr | 68.75 |
|  | LH | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
|  | MBW | Staff meeting to discuss collections, tenant issues, area crime and deferred maintenance<br>General - Applies to all properties and cases | 0.30<br>275.00/hr | 82.50 |
| 5/11/2010 | LH | Site visit to check up on all vacant unit currently undergoing preparation for rent.  Checked in with locksmith who is rekeying vacant units tomorrow.  Showed vacant apartments to a friend of a current tenant looking to lease one unit.  Photographed property and shared photos and an update with Plaintiff.<br>General - Applies to all properties and cases | 1.50<br>175.00/hr | 262.50 |
|  | LH | Preparing of financial's occupancy report for plaintiff<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| 5/12/2010 | LH | Showed property to fiance of prospective tenant who saw the unit the day prior.  Tenant wants to put in an application.  Went over application procedures.<br>1656 N. Bosworth - 08 CH 43354 | 0.60<br>175.00/hr | 105.00 |

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  21

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2010 LH | Tenant call regarding move-in procedures for May 15. Tenant will be picking up keys from the office.<br>1646 N. Bosworth - 08 CH 43352 | | 0.25<br>175.00/hr | 43.75 |
| LH | 1656 3N tenant calls stating that they want to renew their lease but would like to negotiate a few hundred dollar rent decrease. Request denied. Explained they are already one of the lower paying tenants and we are currently renting units for more rent that they pay.  As they are long term tenants in the building for years, it is offered to keep their rent where it is in order to keep them, but to reduce is not an option.<br>1656 N. Bosworth - 08 CH 43354 | | 0.25<br>175.00/hr | 43.75 |
| 5/14/2010 LH | Collected and processed application on unit 1656 2N. Prepared lease for new tenant's move-in on 6/1/2010.<br>1656 N. Bosworth - 08 CH 43354 | | 0.50<br>175.00/hr | 87.50 |
| LH | Reposted all units for rent on Craigslist. Updated the lockboxes on the property for access for real estate agents interested in showing the spaces.<br>General - Applies to all properties and cases | | 0.25<br>175.00/hr | 43.75 |
| LH | Site visit to commercial space to make sure the painting job was completed satisfactorily. While conducting inspection, new tenant at this property locked  herself out while moving in. Unlocked her unit and answered questions regarding the intercom and parking.<br><br>1646 N. Bosworth - 08 CH 43352 | | 0.50<br>175.00/hr | 87.50 |
| JE | Visit to property to let locked-out tenant back into unit.<br>1646 N. Bosworth - 08 CH 43352 | | 0.50<br>175.00/hr | 87.50 |
| 5/24/2010 LH | Pay bills<br>General - Applies to all properties and cases | | 0.25<br>175.00/hr | 43.75 |

43

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  22

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/26/2010 LH | Lease singing commercial tenant, Jonathon at 1646.<br>1646 N. Bosworth - 08 CH 43352 | 0.50<br>175.00/hr | 87.50 |
| 6/1/2010 LH | Processed applications for Units 2N and 4S.  Accepted application, set new tenants up in property management system.  Scheduled lease signing.  July 1 rental<br>1652 N. Bosworth - 08 CH 43351 | 0.50<br>175.00/hr | 87.50 |
| BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |
| 6/2/2010 BM | Contacted Jim from Bernard Elevator in order for the receiver to obtain copies of all unit elevators keys.  It was also requested for Jim to match the key number to the correct unit so they could be labeled correctly in the receiver's office.<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| LH | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| BC | Pay bills<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 6/3/2010 BM | Reports for contractors at the property that the elevator was stuck and the doors were constantly opening and closing.  Bernanrd Elevator was immediately contact to be dispatched for repairs.<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |

44

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page 23

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2010 | LH | Lease signing 1652 N Bosworth Unit 2N<br>1652 N. Bosworth - 08 CH 43351 | 0.50<br>175.00/hr | 87.50 |
| | LH | Balance and reconcile checking account to property management software from prior month<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 6/4/2010 | BM | Assisted in preparation of Receivers Report, assembly of all support data.<br>General - Applies to all properties and cases | 2.00<br>175.00/hr | 350.00 |
| | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |
| 6/6/2010 | MBW | Conversation with counsel for plaintiff re: preparation for submittal of receivers report<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| | BC | Retrieved invoices for payment from account payable files, presented to receiver for review, prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed.<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 6/7/2010 | MBW | Preparation of Receivers Report<br>General - Applies to all properties and cases | 2.00<br>275.00/hr | 550.00 |
| | MBW | Correspondence with plaintiff re: Receiver's Final Report.<br>General - Applies to all properties and cases | 0.10<br>275.00/hr | 27.50 |
| 6/8/2010 | LH | Meeting for lease signing 1652 Unit 2N, Maribel de la Pena.<br>1652 N. Bosworth - 08 CH 43351 | 0.50<br>175.00/hr | 87.50 |
| | BM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |

45

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  24

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2010 | LH | Provided monthly financial reports for May on all three properties to Defendant.<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| | LH | Reviewed financial material for final receiver report.<br>General - Applies to all properties and cases | 0.35<br>175.00/hr | 61.25 |
| | BC | Retrieved invoices for payment from account payable files, presented to receiver for review, prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed.<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| | MBW | Review vendor invoices and approve for payment.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 6/11/2010 | LH | Balance and reconcile checking account to property management software from prior month<br>General - Applies to all properties and cases | 0.50<br>175.00/hr | 87.50 |
| 6/16/2010 | MBW | Review vendor invoices and approve for payment.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| | BC | Retrieved invoices for payment from account payable files, presented to receiver for review, prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed.<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| 6/17/2010 | MBW | Court Appearance for the presentation and approval of Receivers Final Report<br>General - Applies to all properties and cases | 1.50<br>275.00/hr | 412.50 |
| | MBW | Court Appearance for the presentation of the receivers final report (bankruptcy reported)<br>General - Applies to all properties and cases | 1.00<br>275.00/hr | 275.00 |

46

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  25

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/17/2010 | JM | Retrieved invoices for payment from account payable files, presented to receiver for review,  prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed.<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| | MBW | Review vendor invoices and approve for payment.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 6/18/2010 | JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |
| 6/21/2010 | JM | Retrieved invoices for payment from account payable files, presented to receiver for review,  prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed.<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| | MBW | Review vendor invoices and approve for payment.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 6/28/2010 | PP | Visited property for the purpose of reviewing important items and keys for new tenant move in's for July 1, 2010<br>General - Applies to all properties and cases | 2.00<br>175.00/hr | 350.00 |
| | BM | Visited property for the purpose of reviewing important items and keys for new tenant move in's for July 1, 2010<br>General - Applies to all properties and cases | 2.00<br>175.00/hr | 350.00 |
| | JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |
| 6/30/2010 | PP | Visit to property to prepare for tenant move in.<br>General - Applies to all properties and cases | 2.00<br>175.00/hr | 350.00 |

47

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  26

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/30/2010 | PP | Visited 1652 unit 4S with property manager for new tenant move in. Attended to items: refridgerator, smoke alarm, batteries, and lighting.<br>1652 N. Bosworth - 08 CH 43351 | 5.00<br>175.00/hr | 875.00 |
| 7/6/2010 | MBW | Conversation with Joe Baldi Re: Property turnover<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 7/7/2010 | MBW | Conversation with Joe Baldi Re: Property turnover<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
|  | MBW | Conversation with Joe Baldi Re: Funds in receiver's possession.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 7/9/2010 | MBW | Conversation with counsel re: administrative hearings and bankruptcy status, conversations with defendants bankruptcy counsel.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
|  | MBW | Call from Justin Herbert, tenant 4-S 1646, reporting that he was notified of the bankruptcy filing and wondering how this will impact his tenancy.<br>General - Applies to all properties and cases | 0.20<br>275.00/hr | 55.00 |
|  | JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |
| 7/13/2010 | MBW | Conversation with receivers bankruptcy counsel re: hearing date and continuance for 8/02/10 for receivers staying in place.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
|  | MBW | Balance and reconcile checking account to property management software from prior month<br>General - Applies to all properties and cases | 0.50<br>275.00/hr | 137.50 |

48

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #:  11238
Page  27

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/14/2010 JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |
| 7/15/2010 PP | Commercial space and 1652 unit 4N eviction by Cook County Sheriff<br>1652 N. Bosworth - 08 CH 43351 | 0.50<br>175.00/hr | 87.50 |
| 7/16/2010 PP | Building status review and work orders.<br>1652 N. Bosworth - 08 CH 43351 | 1.00<br>175.00/hr | 175.00 |
| 7/20/2010 JM | Retrieved invoices for payment from account payable files, presented to receiver for review,  prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed.<br>General - Applies to all properties and cases | 0.25<br>175.00/hr | 43.75 |
| MBW | Review vendor invoices and approve for payment.<br>General - Applies to all properties and cases | 0.25<br>275.00/hr | 68.75 |
| 7/21/2010 MBW | Conversation with counsel re: preparation of first reporting to bankruptcy court<br>General - Applies to all properties and cases | 0.12<br>275.00/hr | 33.00 |
| JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |
| 7/23/2010 JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | 0.42<br>175.00/hr | 72.92 |
| PP | Repair list call from 1652 unit 4S<br>1652 N. Bosworth - 08 CH 43351 | 0.25<br>175.00/hr | 43.75 |
| 7/26/2010 PP | Material P/U and unit repairs for 1652 unit 4S<br>1652 N. Bosworth - 08 CH 43351 | 2.50<br>175.00/hr | 437.50 |

49

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #:  11238
Page  28

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2010 | JM | Retrieved invoices for payment from account payable files, presented to receiver for review, prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed. General - Applies to all properties and cases | 0.25 175.00/hr | 43.75 |
| | JM | Receive and record rents on property management system and make deposit at bank General - Applies to all properties and cases | 0.42 175.00/hr | 72.92 |
| | MBW | Review vendor invoices and approve for payment. General - Applies to all properties and cases | 0.25 275.00/hr | 68.75 |
| | PP | Visit property with contractor to address deferred maintenance items including fireplace repair, lighting replacement, and roof repair for 1652 unit 4S 1652 N. Bosworth - 08 CH 43351 | 3.00 175.00/hr | 525.00 |
| | PP | At unit 1652 unit 4S disable unit alarm and repair carbon monoxide wiring with country wide alarm. 1652 N. Bosworth - 08 CH 43351 | 2.00 175.00/hr | 350.00 |
| 7/28/2010 | JC | Call from tenant Andrew White Regarding carpet cleaning, copy of lease required and small issues with unit. General - Applies to all properties and cases | 0.25 175.00/hr | 43.75 |
| 7/29/2010 | MBW | Review of municipal violations for property as supplied by defendant, General - Applies to all properties and cases | 0.25 275.00/hr | 68.75 |
| | JM | Retrieved invoices for payment from account payable files, presented to receiver for review, prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed. General - Applies to all properties and cases | 0.25 175.00/hr | 43.75 |

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #:  11238
Page   29

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2010 MBW | Review vendor invoices and approve for payment.<br>General - Applies to all properties and cases | | 0.25<br>275.00/hr | 68.75 |
| PP | Secured 1652 commercial space rear door. It had been forced open.<br>1652 N. Bosworth - 08 CH 43351 | | 1.25<br>175.00/hr | 218.75 |
| PP | Review building violation notices<br>General - Applies to all properties and cases | | 1.00<br>175.00/hr | 175.00 |
| 7/30/2010 JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | | 0.42<br>175.00/hr | 72.92 |
| PP | Dispatch Bernard Elevator to 1652 4S, wedged key in wrong floor lockout.<br>1652 N. Bosworth - 08 CH 43351 | | 0.25<br>175.00/hr | 43.75 |
| PP | Confirm 1652 unit 4S elevator repair and notify renter of repair<br>1652 N. Bosworth - 08 CH 43351 | | 0.25<br>175.00/hr | 43.75 |
| PP | On site property inspection to address issues with central access system and elevator keys<br>General - Applies to all properties and cases | | 2.50<br>175.00/hr | 437.50 |
| 8/2/2010 MBW | Call from tenant Friedman re: property status and bankruptcy<br>General - Applies to all properties and cases | | 0.25<br>275.00/hr | 68.75 |
| JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | | 0.42<br>175.00/hr | 72.92 |
| 8/3/2010 JM | Receive and record rents on property management system and make deposit at bank<br>General - Applies to all properties and cases | | 0.42<br>175.00/hr | 72.92 |

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page 30

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2010 | MBW | Review of property status with relation to code violations, meeting with PP <br> General - Applies to all properties and cases | 0.25 <br> 275.00/hr | 68.75 |
| 8/4/2010 | JM | Retrieved invoices for payment from account payable files, presented to receiver for review. prepared checks after reviewing bills previously approved by receiver for payment for this period, cut checks and mailed. <br> General - Applies to all properties and cases | 0.25 <br> 175.00/hr | 43.75 |
| | MBW | Review vendor invoices and approve for payment. <br> General - Applies to all properties and cases | 0.25 <br> 275.00/hr | 68.75 |
| | PP | Dispatch Craig Bradley to repair/replace 1656 entry system. all units and no postal delivery. <br> 1656 N. Bosworth - 08 CH 43354 | 0.25 <br> 175.00/hr | 43.75 |
| | PP | Authorize new board for entry system based on cost. <br> 1656 N. Bosworth - 08 CH 43354 | 0.25 <br> 175.00/hr | 43.75 |
| | PP | Walk building and property for violation correction schedule <br> General - Applies to all properties and cases | 1.50 <br> 175.00/hr | 262.50 |
| 8/5/2010 | MBW | Call from tenant Andrew White requesting maintenance for Icemaker and problems with patio doors <br> General - Applies to all properties and cases | 0.25 <br> 275.00/hr | 68.75 |
| | PP | Review work orders with tenants who had recently moved into property <br> General - Applies to all properties and cases | 1.00 <br> 175.00/hr | 175.00 |
| | PP | Approve costs for new board installment and fax unit renters names and phone numbers. the phone was bad. AT&T to repair. <br> General - Applies to all properties and cases | 0.25 <br> 175.00/hr | 43.75 |
| | PP | Documents administrative and field resources allocated <br> General - Applies to all properties and cases | 1.00 <br> 175.00/hr | 175.00 |

52

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  31

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2010 | MBW | Preparation of Report for Bankruptcy Court.<br>General - Applies to all properties and cases | 1.50<br>275.00/hr | 412.50 |
|  | PP | Appeared in municipal court for hearing on building code violations.<br>General - Applies to all properties and cases | 2.50<br>175.00/hr | 437.50 |
|  | MW | Preparation of Report for Bankruptcy Court.<br>General - Applies to all properties and cases | 1.50<br>175.00/hr | 262.50 |
|  |  | For professional services rendered | 154.88 | $30,255.96 |

Reimbursable charges

| 6/17/2010 | Security serving lease termination notices- 2 Men One visit per month December 2009 - June 2010 =  18 hours at $85 per hour. | 1,530.00 |
|---|---|---|
|  | Transportation reimbursement for court appearances on 12/10/2010, 02/22/2010, 06/17/10 | 90.00 |
|  | Total reimbursable charges | $1,620.00 |
|  | Total amount of this bill | $31,875.96 |
|  | Previous balance | $9,860.00 |

Accounts receivable transactions

| 12/17/2009 | Payment - Thank You. Check No. 146 | ($3,286.67) |
|---|---|---|
| 12/17/2009 | Payment - Thank You. Check No. 153 | ($3,286.67) |
| 12/17/2009 | Payment - Thank You. Check No. 155 | ($3,286.67) |
|  | Total payments and adjustments | ($9,860.01) |

Charter One Bank
Bosworth Properties - 03/30/2009
Chicago, IL - Judge Mulroy
1646 N. Bosworth - 08 CH 43352
1652 N. Bosworth - 08 CH 43351
1656 N. Bosworth - 08 CH 43354
August 12, 2010
Invoice #: 11238
Page  32

|  | Amount |
|---|---|
| **Balance due** | **$31,875.95** |

### Staff Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James McCloskey | 5.70 | 175.00 | $991.70 |
| MacKenzie Wilson | 1.50 | 175.00 | $262.50 |
| Mark B. Weiss | 32.47 | 275.00 | $8,929.25 |
| Lori Hummel | 39.70 | 175.00 | $6,947.50 |
| Lori Hummel | 0.50 | 0.00 | $0.00 |
| Marianne Paine | 3.25 | 175.00 | $568.75 |
| Bridget McGill | 27.01 | 175.00 | $4,725.01 |
| Alan Falls, Jr. - Field Staff | 8.00 | 175.00 | $1,400.00 |
| Brittany Chapman | 3.25 | 175.00 | $568.75 |
| JC | 0.25 | 175.00 | $43.75 |
| James Elenz | 1.50 | 175.00 | $262.50 |
| Perry Peterson | 31.75 | 175.00 | $5,556.25 |

54