# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | A. BENJAMIN GOLDGAR | Hearing Date | September 27, 2010 |
| Bankruptcy Case No. | 10 B 27236 | Adversary No. | |
| Title of Case | Time Properties, Inc., | | |

**Brief Statement of Motion:** Debtor's motion to authorize the debtor to remit funds to third parties (Docket entry no. # 94)

**Names and Addresses of moving counsel:**
Joy L. Monahan
Wildman Harrold Allen & Dixon    LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606

**Representing:** Debtor and Debtor-In-Possession

## ORDER

For the reasons stated on the record, the motion is denied as unnecessary.

*/s/ A. Benjamin Goldgar*