IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 11 Reorganization |
|---|---|
| TIME PROPERTIES, INC., | Case No. 10-27236 |
| Debtor. | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

TO: See attached Service List

**PLEASE TAKE NOTICE** that on **Wednesday, May 2, 2012 at 10:00 a.m. Central Time**, or as soon thereafter as counsel may be heard, the undersigned will appear, by and through its counsel, before United States Bankruptcy Judge A. Benjamin Goldgar, or any other judge sitting in his stead, in Courtroom 613 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Final Fee Application of CBRE, Inc., for Services Rendered in Connection with the Sale of the Wicker Park Property*, a copy of which is hereby served upon you, at which time and place you may appear as you see fit.

Dated: April 11, 2012

                                        Respectfully submitted,

                                        EDWARDS WILDMAN PALMER LLP

                                        By:   */s/ Joy Lyu Monahan*
                                                    An Attorney of the Firm

David J. Fischer
Joy Lyu Monahan
Yeny C. Estrada
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2000
Facsimile: 855-586-3267
dfischer@edwardswildman.com
jmonahan@edwardswildman.com
yestrada@edwardswildman.com
*Counsel to Time Properties, Inc.,
Debtor and Debtor in Possession*

## SERVICE LIST

| | |
|---|---|
| Jeffrey Snell<br>United States Dept. of Justice<br>Office of the United States Trustee<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604<br>*Served via Facsimile at 312-886-5794* | Department of the Treasury<br>IRS Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Lincolnway Community Bank<br>1000 E. Lincoln Highway<br>New Lenox, IL 60451 | Midwest Bank<br>c/o Gregory A. McCormick<br>Garfield & Merel, Ltd.<br>2 Prudential Plaza<br>180 N. Stetson Suite 1300<br>Chicago, IL 60601<br>*Served via Facsimile at 312-583-1700* |
| RBS Citizens, N.A., d/b/a Charter One<br>c/o Guy B. Moss, Jeffrey D. Ganz<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02108<br>*Served via Facsimile at 617-880-3456* | Churchill Builders Inc.<br>c/o John E. Lovestrand, Esq.<br>1821 Benson Avenue<br>Evanston, IL 60201 |
| Sabre Group, LLC<br>120 W. Madison Street<br>Suite 918<br>Chicago, IL 60602 | The PrivateBank and Trust Company<br>c/o Lauren Blair<br>Pedersen & Houpt, PC<br>161 N. Clark Street, Suite 3100<br>Chicago, IL 60601<br>*Served via Facsimile at 312 261 1233* |
| Illinois State Bank<br>c/o Jason Frye<br>Katherine D. Vega<br>Neal, Gerber & Eisenberg, LLP<br>2 N. LaSalle, Suite 1700<br>Chicago, IL 60602<br>312-269-8000<br>*Served via Facsimile at 312-980-0738* | Lakeside Bank<br>c/o John Turner<br>Law Offices of Victor J. Cacciatore<br>527 S. Wells, 8th Floor<br>Chicago, IL 60607<br>312-264-6010<br>*Served via Facsimile at 312-987-4603* |
| MB Financial Bank, National Association<br>800 West Madison Street<br>Chicago, IL 60607 | RidgeStone Bank<br>c/o Stephen C. Voris<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 N. Wabash Avenue, Floor 22<br>Chicago, IL 60611<br>*Served via Facsimile at 312-840-7900* |

| | |
|---|---|
| Sophia Moraitis<br>S. Moraitis & Associates<br>120 N. Green, 4F<br>Chicago, IL 60607<br>312.342.5730 | AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100<br>*Served via Facsimile at 888-826-0132* |
| Commonwealth Edison Company<br>Attn: Legal Revenue Recovery/Claims<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60181<br>Phone: 630-576-6388<br>*Served via Facsimile at 630 576-8591* | Farmers Insurance<br>Attn: John Anda<br>950 N. Elmhurst<br>Mount Prospect, IL 60056 |
| Flood Brothers<br>17 W. 697 Butterfield Road<br>Oak Brook Terrace, IL 60181 | Kening, Lindgren, O'Hare,<br>Abonna, Inc.<br>9575 W. Higgins Road, Suite 400<br>Rosemont, IL 60018 |
| Peoples Gas<br>130 East Randolph Drive<br>Chicago, IL 60601<br>*Served via Facsimile at 312-240-7343*<br>*(Attention: Bankruptcy Department)* | Ryszard Mitoraj<br>3640 Elder Ln.<br>Franklin Park, IL 60131 |
| Suburban Elevator Company<br>130 Prairie Lake Road<br>Unit D<br>East Dundee, IL 60118 | Travelers/Union Insurance Group<br>2125 W. Roscoe Street<br>Chicago, IL 60618 |
| Waste Management<br>1411 Opus Place, Suite 400<br>Downers Grove, IL 60515 | 1354 W. Augusta Court Condo Assoc.<br>Attn: Arthur E. Mertes<br>730 W. Randolph, 6th Floor<br>Chicago, IL 60661 |
| 1449 N. Wicker Park Condo Assoc.<br>c/o Georgina Flores<br>1449 N. Wicker Park Ave., Unit 401<br>Chicago, IL 60622 | 1633 N. Western Condo Association<br>c/o Allison Ryan<br>1633 N. Western Ave. #1N<br>Chicago, IL 60647 |
| 1722 N. Western Condo Association<br>c/o Ron Lettofsky<br>1722 N. Western Ave., Unit 202<br>Chicago, IL 60647 | 2038 W. North Condo Association<br>Attn: Chris Wetzel<br>2308 W. North Ave., Unit #3W<br>Chicago, IL 60647 |

| | |
|---|---|
| 2058 N. Western Condo Assn.<br>c/o SGJ Realty Endeavors<br>3565 S. King Drive, #3<br>Chicago, IL 60653-1157 | 2336 N. Damen Condo Association<br>Attn: Ilya Krasavin<br>2336 N. Damen #2S<br>Chicago, IL 60647 |
| MCM Realty, Ltd.<br>1001 N. Milwaukee Ave., Suite 401<br>Chicago, IL 60642 | Cook County Treasurer's Office<br>118 N. Clark Street, Suite 112<br>Chicago, IL 60602 |
| First Commercial Bank<br>c/o Miranda E. Byrd<br>Martin & Karcazes, Ltd.<br>161 N. Clark Street – Suite 550<br>Chicago, IL 60601<br>312-332-4550<br>*Served via Facsimile at 312-332-4905* | Amcore Bank, N.A.<br>c/o Richard Ungaretti, Esq.<br>Patrick F. Ross<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602-4283<br>312-977-4400<br>*Served via Facsimile at 312-977-4405* |
| Parkway Bank and Trust Company<br>c/o Eugene Kraus<br>Mark Clement<br>Scott & Kraus, LLC<br>150 S. Wacker Drive, Suite 2900<br>Chicago, IL 60606<br>312-327-1050<br>*Served via Facsimile at 312-327-1051* | North Shore Bank, FSB<br>15700 W. Bluemound Road<br>Brookfield, WI 53005 |
| William J. Connelly<br>Hinshaw & Culbertson LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601<br>312-704-3000<br>*Served via Facsimile at 312-704-3001* | Joseph A. Baldi<br>Donna B. Wallace<br>Joseph A. Baldi & Associates, P.C.<br>19 South LaSalle St., Suite 1500<br>Chicago, IL 60603<br>312-726-8150<br>*Served via Facsimile at 312-332-4629* |
| Lincoln Way Community Bank<br>c/o Thomas W. Toolis<br>Jahnke, Sullivan & Toolis, LLC<br>9031 W. 151st St., Suite 203<br>Orland Park, IL 60462 | Michael J Wilson and Associates<br>100 N LaSalle St, Suite 2020<br>Chicago, IL 60602-3519<br>(312) 781-9510 |
| JAE Investments, Inc.<br>1438 W Walton St, Suite 2<br>Chicago, IL 60642-5310<br>(847) 477-7027 | Elm Limited, LLC<br>100 N. Lasalle Street,<br>24th Floor<br>Chicago, IL 60602 |

| | |
|---|---|
| Stanford D. Marks<br>Phoenix Bond & Indemnity Co.<br>161 N. Clark Street<br>Suite 3040<br>Chicago, IL 60601 | Elizabeth Sickelka<br>Matthew T. Gensburg<br>Greenberg Traurig, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>*Served via Facsimile at 312-456-8435* |
| David R. Gray<br>Atlantic Municipal Corp.<br>120 N. LaSalle Street<br>Suite 1350<br>Chicago, IL 60602 | Equity One<br>c/o John Bridge<br>120 W. Madison<br>Suite 918<br>Chicago, IL 60602 |
| Jeffrey A. Burger<br>428 South Courtland Ave.<br>Park Ridge, IL 60068<br>847-363-2643<br>847-823-1062 (Fax)<br>*Served via Electronic Case Filing* | Bucktown Investors, LLC<br>c/o Jerry L. Switzer, Jr.<br>Monika J. Machen<br>Jean Soh<br>Polsinelli Shughart PC<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601<br>*Served via Facsimile at 312-819-1900* |
| First Merit Bank NA<br>c/o Gus A. Paloian<br>Christopher J. Harney<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>*Served via Facsimile at 312-460-7246* | Anthony J Zeoli<br>Hinshaw<br>222 N LaSalle Street<br>Suite 300<br>Chicago, IL 60601 |
| ASA Marilyn F. Schlesinger<br>Office of the Cook County State's Attorney<br>Civil Actions Bureau<br>Real Estate Tax Section<br>500 Richard Daley Center<br>Chicago, IL 60602 | Alan J. Wolf<br>Robbins, Salomon & Patt, Ltd.<br>25 E. Washington, Suite 1000<br>Chicago, Illinois 60602 |

## **CERTIFICATE OF SERVICE**

    I, Joy Lyu Monahan, an attorney, certify that I caused a copy of the foregoing *Notice of Motion* and the related *Final Fee Application of CBRE, Inc., for Services Rendered in Connection with the Sale of the Wicker Park Property* to be served on the foregoing Service List via ECF Electronic Notification, U.S. Mail or via facsimile as indicated.

Date: April 11, 2012                    */s/ Joy Lyu Monahan*
                                                 Joy Lyu Monahan
                                                 EDWARDS WILDMAN PALMER LLP
                                                 225 West Wacker Drive
                                                 Chicago, Illinois 60606
                                                 Telephone: 312-201-2000
                                                 Facsimile: 855-586-3267
                                                 jmonahan@edwardswildman.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 10-27236 |
| TIME PROPERTIES, INC., | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |

**FINAL FEE APPLICATION OF CBRE, INC., FOR SERVICES RENDERED IN CONNECTION WITH THE SALE OF THE WICKER PARK PROPERTY**

TIME PROPERTIES, INC., debtor and debtor-in-possession herein ("*Debtor*"), by and through its attorneys, Edwards Wildman Palmer LLP, respectfully submits this final fee application on behalf of CB Richard Ellis, Inc. ("*CBRE*") for services rendered in connection with the sale of the Wicker Park Property (the "*Final Fee Application*") to this Court pursuant to the Order Authorizing the Debtor to Employ and Retain CB Richard Ellis, Inc., as the Real Estate Broker For the Debtor [Docket No. 280] (the "*Retention Order*"), and in support thereof, respectfully states as follows:

1.  The Debtor requests approval of payment in the total amount of $34,750.00 to CBRE, Inc., for real estate brokerage services rendered in connection with the sale (the "*Sale*") of 1449 N. Wicker Park (the "*Wicker Park Property*"), which is comprised of a marketing fee of $10,000 and a commission of 15% on the portion of the gross sale price over $1,425,000 (collectively, the "*Broker's Commission*").

2.  On November 21, 2011, the Debtor filed its Application for Entry of an Order Authorizing and Approving the Employment and Retention of CB Richard Ellis, Inc., as the Real Estate Broker for the Debtor [Docket No. 262] (the "*Retention Application*").

3.  On November 30, 2011, the Debtor filed its Supplemental Brief in Support of the Application for Entry of an Order Authorizing and Approving the Employment and Retention of

1

CB Richard Ellis, Inc., as the Real Estate Broker for the Debtor [Docket No. 272] (the "*Supplemental Brief*") in response to certain objections raised by FirstMerit modifying certain provisions in the Retention Application and in the Listing Agreement[1].

4. On December 12, 2011, this Court entered the Retention Order granting the Retention Application.

5. Pursuant to the Retention Order, CBRE is required to file a final fee application in connection with the services rendered pursuant to the Retention Application, whereby CBRE is to provide a summary list of all of the services performed in connection with the Sale. (Retention Order at 2.)

6. Beginning December 12, 2011, CBRE has performed various brokerage services in connection to the Sale and now seeks compensation for the work performed since its engagement. Generally, the services performed by CBRE include (a) the evaluation of the proper price for the selling of the Wicker Park Property by utilizing the Initial Offer to find and finalize the selection of a stalking horse bidder; (b) listing, marketing, and showing the Wicker Park Property to prospective buyers; and (c) assisting with the closing of the sale of the Wicker Park Property to WPCM. *See generally* Declaration of George J. Toscas in Support of the Final Fee Application of CBRE, Inc., for Services Rendered in Connection with the Sale of the Wicker Park Property attached hereto as **Exhibit A**. Below is a summary list of all services performed by CBRE in connection with the Sale:

| Description of Services Performed |
| --- |
| Issued marketing material on the Wicker Park Property to approximately 8,400 potential investors |
| Issued notices to approximately 9,000 potential investors as to the bidding deadline and auction |

---

[1] The capitalized terms used but not defined herein shall have the meaning ascribed to them in the Retention Application.

| |
|---|
| Conducted tours of the Wicker Park Property for approximately 16 potential investors |
| Coordinated inspections and due diligence by qualified investors for the Wicker Park Property |
| Coordinated inspections of the Wicker Park Property by contractors for qualified investors |
| Reviewed and evaluated confidential agreements submitted by approximately 66 qualified investors |
| Reviewed and evaluated six (6) offers to buy the Wicker Park Property |
| Assisted the Debtor with the closing of the Sale to WPCM |

7. The services performed by CBRE were necessary and required by the Debtor to resolve outstanding claims and effectuate a speedy and efficient reorganization. Through CBRE the Debtor was able to efficiently sell the Wicker Park Property. CBRE utilize the Initial Offer received to find and finalize the selection of a stalking horse bidder and obtain five (5) offers to purchase the Wicker Park Property at or above the Initial Offer.

8. On or about January 25, 2012, Wicker Park Capital Management LLC ("*WPCM*") entered into that certain letter of intent where it committed to serve as the stalking horse bidder for the Wicker Park Property and place a minimum bid of $1,625,000 for the Wicker Park Property.

9. On January 30, 2012, the Debtor entered into a purchase agreement, as amended, (the "*Stalking Horse APA*") with WPCM, and filed a *Motion for (I) Entry Of An Order (A) Approving Bidding Procedures For The Sale Of The Wicker Park Property; (B) Approving Certain Bid Protections; (C) Scheduling An Auction And Hearing Date And Approving The Form And Notice Thereof; And (II) Entry Of An Order (A) Authorizing And Approving The Sale Of The Wicker Park Property To the Successful Bidder Free And Clear Of Encumbrances And Other Interests; (B) Authorizing The Transfer Of Related Leases And Granting Related Relief* [Docket No. 306] (the "*Sale Motion*").

3

10. CBRE assisted the Debtor with WPCM's due diligence on the property pursuant to the Stalking Horse APA.

11. The due diligence period, originally set to expire on February 6, 2012, was extended an additional two days until February 8, 2012 so that WPCM could investigate a roof issue. After the expiration of the due diligence period, WPCM advised CBRE and the Debtor that it was reducing the initial contract purchase price of $1,625,000 to $1,590,000 citing poor roof condition, among other reasons, as grounds for the price reduction.

12. On February 17, 2012, the Debtor filed an Amended Stalking Horse APA reducing the purchase price of the Wicker Park Property to $1,590,000 [Docket No. 321].

13. On February 17, 2012, the Bankruptcy Court entered an order granting certain relief requested in the Sale Motion [Docket No. 318] (the "*Bidding Procedures Order*"), and approved the Bidding Procedures, scheduled an auction for March 14, 2012 at 10:00 at Debtor's counsel's office (the "*Auction*") if the Debtor received any Qualified Bids by March 7, 2012 at 5 p.m. (prevailing Central time) (the "*Bid Deadline*"), and set the hearing date for the Sale Motion on March 19, 2012 at 10:30 a.m.

14. On or about February 21, 2012, CBRE sent a copy of the Notice of Auction and Sale Hearing (prepared by the Debtor) with a copy of the Bidding Procedures to the 66 potential investors that had expressed an interest in acquiring the Wicker Park Property and entered into a confidential agreement with CBRE.

15. On March 20, 2012, the Bankruptcy Court entered an order approving the sale of the Wicker Park Property to WPCM [Docket No. 348].

16. On March 28, 2012, the sale of the Wicker Park Property closed and the Wicker Park Property was conveyed to WPCM free and clear of all liens, claims, encumbrances and other interests.

17. On March 29, 2012, the Debtor filed its Notice of Closing of Sale of the Wicker Park Property [Docket No. 351].

18. The Debtor has reviewed the Broker's Commission and determined them to be more than reasonable. First, CBRE's marketing fee in the amount of ten thousand dollars ($10,000.00) is comparable to the marketing fee structure predominately used by real estate brokers for the type of services performed in this case. Second, although not customary in the compensation structure for real estate brokers, CBRE agreed to receive a commission only on the portion of the sale price that exceeded the Initial Offer rather than receiving a commission on the entire sale price, which resulted in more value being retained by the estate. Ordinarily, CBRE would have charged a market rate commission of 6% on the entire sale price.

19. As a result, the commission owed to CBRE totaled twenty-four thousand seven hundred and fifty dollars ($34,750.00) instead of $95,400.00 which would have been the case had the 6% commission been taken on the entire sale price of $1,590,000.

20. Pursuant to the Bid Procedure Order, the Broker's Commission is to be paid from the proceeds of the Sale of which the amounts are currently being held in escrow pending an order from this Court approving such fees.

21. All of the professional services for which compensation is requested herein were performed by CBRE for and on behalf of the Debtor in the performance of its responsibilities as debtor-in-possession and not on behalf of any other person or entity. Accordingly, the Debtor seeks that this Court approve and allow the fees requested herein, and requests that this Court

5

authorize the Debtor to release from escrow the total amount of $34,750.00 and to remit such payment to CBRE pursuant to the Retention Order and the Bid Procedure Order.

WHEREFORE, the Debtor moves this Court for an Order approving and directing the payment of fees to CBRE as broker to the Debtor in the total amount of $34,750.00 from the proceeds of the Sale.

Dated:  April 11, 2012                    Respectfully submitted,

                                          TIME PROPERTIES

                                          By: /s/ *Joy Lyu Monahan*
                                               One of its attorneys

                                          David J. Fischer
                                          Joy Lyu Monahan
                                          Yeny C. Estrada
                                          EDWARDS WILDMAN PALMER LLP
                                          225 West Wacker Drive
                                          Chicago, Illinois 60606
                                          Telephone: 312-201-2000
                                          Facsimile: 855-586-3267
                                          dfischer@edwardswildman.com
                                          jmonahan@edwardswildman.com
                                          yestrada@edwardswildman.com

                                          *Counsel to Time Properties, Inc.,*
                                          *Debtor and Debtor in Possession*