UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 10-27236 |
|---|---|---|
| TIME PROPERTIES, INC., | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

### ORDER GRANTING FINAL FEE APPLICATION OF CBRE, INC., FOR SERVICES RENDERED IN CONNCETION WITH THE SALE OF THE WICKER PARK PROPERTY

This matter having come before the Court on the Final Fee Application of CBRE, Inc., for Services Rendered in Connection with the Sale of the Wicker Park Property (the "Final Fee Application"); due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

(1) The Final Fee Application is granted;

(2) CBRE's fees in the amount of $34,750.00 are approved; and

(3) The Debtor is authorized to release from escrow the total amount of $34,750.00 and to remit such payment to CBRE.

Enter:

Dated: 02 MAY 2012

United States Bankruptcy Judge

**Prepared by:**
Joy Lyu Monahan
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2000
Facsimile: 855-586-3267
jmonahan@edwardswildman.com

Rev: 20120209_bko