# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TIME PROPERTIES, INC., | ) | Case No. 10-27236 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date: July 11, 2012 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

**TO:**   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on July 11, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, or any judge sitting in his stead, in courtroom 613 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Il 60604, and shall then and there present: **Bucktown Investor, LLC's Agreed Motion to Modify Final Pretrial Order**.

                                                                    Respectfully submitted,


Dated: July 5, 2012                           By:   /s/ Jerry L. Switzer, Jr.
                                                                 One of its attorneys


Jerry L. Switzer, Jr. (#6210229)
Anthony C. Porcelli (#6225868)
Jean Soh (#6285187)
POLSINELLI SHUGHART PC
161 N. Clark St., Ste. 4200
Chicago, IL 60601
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
jswitzer@polsinelli.com
aporcelli@polsinelli.com
jsoh@polsinelli.com

154418.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 5, 2012, true and correct copies of **Bucktown Investor, LLC's Agreed Motion to Modify Final Pretrial Order** and **Notice of Motion** were electronically served via the U.S. Bankruptcy Court for the Northern District of Illinois CM/ECF document filing system upon all parties having filed an Appearance in this matter, including the following:

>David J. Fischer
>Edwards Wildman Palmer LLP
>225 W. Wacker Drive
>Chicago, IL 60606
>dfischer@edwardswildman.com
>
>Joy L. Monahan
>Edwards Wildman Palmer LLP
>225 W. Wacker Drive
>Chicago, IL 60606
>jmonahan@edwardswildman.com
>
>Patrick S. Layng
>Office of the U.S. Trustee, Region 11
>219 S. Dearborn Street, Room 873
>Chicago, IL 60603
>Pat.S.Layng@usdoj.gov
>
>
>Gus A. Paloian
>James B. Sowka
>Christopher J. Harney
>Seyfarth Shaw LLP
>131 S. Dearborn Street, Suite 2400
>Chicago, IL 60603
>gpaloian@seyfarth.com
>jsowka@seyfarth.com
>charney@seyfarth.com

By: /s/ Jerry L. Switzer, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TIME PROPERTIES, INC., | ) | Case No. 10-27236 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date:   July 11, 2012 |
| | ) | Hearing Time:   9:30 a.m. |

**BUCKTOWN INVESTOR, LLC'S AGREED MOTION TO
MODIFY FINAL PRETRIAL ORDER**

Bucktown Investor, LLC ("**Bucktown**"), by and through its counsel Polsinelli Shughart PC, respectfully requests that the Court modify its Final Pretrial Order entered on June 27, 2012, relating to Bucktown's Motion for Entry of an Order (I) Granting Relief from the Automatic Stay, and (II) Converting the Debtor's Chapter 11 Case to a Chapter 7 of the Bankruptcy Code, or Alternatively, Appointing a Chapter 11 Trustee (the "**Motion**"), as follows:

1. On June 27, 2012, the Court entered its Final Pretrial Order relating to the Motion, a copy of which is attached hereto as **Exhibit A**.

2. In the Final Pretrial Order, the Court set an evidentiary hearing on the Motion for August 13, 2012. The Court also set a final discovery cutoff date of July 23, 2012. Under the Order, July 23, 2012, is also the deadline for the parties to exchange and file witness and exhibit lists, exchange exhibits, and file a joint list of stipulated facts.

3. As of the filing of this Motion, Bucktown is in the process of obtaining from the Debtor full and complete responses to its pending First Set of Requests to Admit, Interrogatories, and Requests for Production of Documents relating to the Motion (the "**Discovery Requests**"). Bucktown is concerned that it will not complete document discovery relating to the Motion until

154409.2

shortly before (or possibly after) the existing discovery cutoff date of July 23, 2012. To complicate matters, counsel for Bucktown responsible for this matter are both scheduled to be on family vacations the week of July 23, 2012.

4. In addition, Bucktown must complete depositions of, among others, the Debtors' principals, Krzystof and Ivona Karbowski, relating to the Motion. Based on discussions with FirstMerit Bank, N.A. ("**FirstMerit**"), which is in the process of taking discovery from the Debtor pursuant to Fed. R. Bankr. P. 2004, FirstMerit intends to depose Mr. and Mrs. Karbowski as well. Before doing so, FirstMerit will need to complete its own pending document discovery.

5. In light of the foregoing, Bucktown has requested that the Debtor produce Mr. and Mrs. Karbowski for deposition on Friday, August 3, 2012, which date is acceptable to FirstMerit. At the Debtor's request, Bucktown and FirstMerit have agreed to take the depositions of Mr. and Mrs. Karbowski concurrently so that the Karbowskis are not required to sit for multiple depositions.

6. In light of the foregoing, Bucktown requests that the Court modify the Final Pretrial Order to set the final discovery cutoff relating to the Motion on Friday, August 3, 2012, so that Bucktown can complete document discovery and depose Mr. and Mrs. Karbowski. Bucktown also requests that the Court set Monday, August 6, 2012, as the deadline for the parties to exchange and file witness and exhibit lists, exchange exhibits, and file a joint list of stipulated facts. Finally, Bucktown requests that the Court set Thursday, August 9, 2012, as the deadline for the parties to file objections, if any, to proposed exhibits.[1]

---

[1] Bucktown does not anticipate submitting deposition transcripts in connection with the evidentiary hearing, so section 7 of the Final Pretrial Order should not be applicable.

2

154409.2

7. Bucktown respectfully submits that the foregoing modified pretrial schedule will enable the parties to complete discovery in an orderly fashion and will permit the evidentiary hearing to proceed as currently scheduled on August 13, 2012.

8. The Debtor has advised Bucktown that it will consent to the foregoing dates under a modified Final Pretrial Order.

WHEREFORE, Bucktown respectfully requests that the Court enter an order:

A. Modifying the Final Pretrial Order as set forth above; and

B. Granting such other and further relief as is just and proper.

Respectfully submitted,

**BUCKTOWN INVESTOR, LLC**

Dated: July 5, 2012    By: /s/ Jerry L. Switzer, Jr.
One of its attorneys

Jerry L. Switzer, Jr. (#6210229)
Anthony C. Porcelli (#6225868)
Jean Soh (#6285187)
POLSINELLI SHUGHART PC
161 N. Clark St., Ste. 4200
Chicago, IL  60601
PH:  (312) 819-1900
FAX: (312) 819-1910
jswitzer@polsinelli.com
aporcelli@polsinelli.com
jsoh@porcelli.com

3

154409.2