# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | July 11, 2012 |
| Bankruptcy Case | 10 B 27236 | Adversary No. | |
| Title of Case | Time Properties, Inc. | | |

**Brief Statement of Motion:** Order Striking Trial Date and Vacating Final Pretrial Order Dated June 27, 2012

(Docket entry no. 428)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

For the reasons stated on the record, the final pretrial order dated June 27, 2012, docket entry no. 428, is vacated. The trial date of August 13, 2012 is stricken. Status hearing on the motion of Bucktown Investor, LLC for entry of an order (I) granting relief from the automatic stay, and (II) converting case to a chapter 7 or in the alternative appoint a chapter 11 trustee, (docket entry no. 426), is set for July 18, 2012 at 10:00 a.m.

*[signature]*